UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNSET GARDEN OF RIDGEWOOD, INC., and INDALESIO TELLEZ,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE CITY OF NEW YORK, NYC DEP'T OF PARKS AND RECREATION, NYC PARKS GREENTHUMB, and CARLOS MARTINEZ, CHIEF OF STAFF OF NYC PARKS GREENTHUMB<br><br>*Defendants.* | Civil Case No.: 1:25-cv-04258 (LDH)(MMH)<br><br>Hon. Judge LaShann DeArcy Hall and Magistrate Judge Marcia M. Henry |

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Affidavit of Indalesio Tellez, the Affidavit of Marcy Ayres, the verified Complaint filed in this action, and all prior pleadings and proceedings herein, Plaintiffs SUNSET GARDEN OF RIDGEWOOD, INC. and INDALESIO TELLEZ will move this Court before the Honorable LaShann DeArcy Hall, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be set by the Court, for an order pursuant to Federal Rule of Civil Procedure 65:

(1) Issuing a Preliminary Injunction enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them, from:

    (a) Terminating or otherwise effectuating the termination of Plaintiffs' license to operate the Sunset Garden of Ridgewood or withholding resources routinely given to other Greenthumb gardens;

    (b) Taking any action to remove Plaintiffs or their property (including but not limited to the Cecilia Gentili Memorial), or to lock the Plaintiffs out, from the Garden premises; and

    (c) Engaging in any further acts of discrimination, retaliation, or censorship against Plaintiffs for their protected speech and association pending a hearing on the motion for a preliminary injunction.

(2) Setting a hearing for a Preliminary Injunction to continue such relief pending the final resolution of this action; and

(3) Granting such other and further relief as the Court deems just and proper.

Dated: August 18, 2025  
New York, New York

Respectfully submitted,

JONATHAN WALLACE  
/s/ Jonathan Wallace  
Attorney for Plaintiffs  
PO #728  
Amagansett, NY 11930  
(917) 359-6234  
Jonathan.wallace80@gmail.com

NICHOLAS F CROSS  
/s/ Nicholas F Cross  
Attorney for Plaintiffs  
130 E. 18th St.  
Brooklyn, NY, 11226  
(414) 687-3703  
ncross022@gmail.com