## AFFIDAVIT OF MARCY AYRES

I, MARCY AYRES, being duly sworn, depose and say:

1. I am a plaintiff in this action. I am a garden steward of Sunset Garden of Ridgewood, Inc. ("the Garden"). I make this affidavit based on my personal knowledge and information and belief. I submit this affidavit in support of Plaintiffs' motion for a Preliminary Injunction to prevent the imminent and irreparable harm that will occur if Defendants are permitted to proceed with terminating the Garden's license and seizing the premises. I have been a member of the garden since its inception. My commitment to the garden and the safe space it creates has never wavered.

2. As a Jewish person, I have always felt safe and accepted at the Garden. It has become a haven for me and a place to feel solace and community. I have never felt any anti-semitism from the garden members, and have only felt support and celebration of my identity and faith. Members of the garden even came to a Passover Seder that I held with my family last year. Members of the garden have always cultivated a community that I felt like I could come to when needing support and acceptance.

3. I have been outraged at the City and its campaign to vilify us and falsely paint us as anti-semitic. I am mortified that a publication feels as though it can talk for Jewish people and that it can accuse a welcoming and accepting place of such hatred. With the response from the City and GreenThumb, I feel like they are endangering our safety, including my safety and that of the Garden's other Jewish members.

4. I helped write the Community Values statements last year and was part of the process of approving them. I think it is very important that the Garden stands up to keep people safe

from persecution and discrimination, including in the forms of racism, anti-semitism, Islamophobia, and queerphobia. We all also felt it was critically important to ensure that those of the Palestinian diaspora, who are being subjected to virulent racism and actual violence, including murder, in the U.S., and whose people are currently being starved and killed by the tens of thousands, have a safe place in the garden. My grandma had to escape Germany due to Nazi persecution and lost most of her family members. I cannot stand for the same thing to happen for another group of people and I will do whatever I can to ensure a safe space for all, including people of all faiths and backgrounds.

5. The garden to me, means freedom, it means safety, and it means feeding members of the community. The Garden strengthens my ties to the community and to the land.

6. If we do not get an injunction, our carefully fostered garden community, including me and its other Jewish members, will ironically and tragically be dismantled based on false accusations of anti-semitism, and we will be ever more vulnerable to the climate of escalating harassment and threats created by the City in its absurd and unconstitutional campaign against us and our expression.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

_____            Date: <u>August 18, 2025</u>

Marcy Ayres