## AFFIDAVIT OF INDALESIO TELLEZ

I, INDALESIO TELLEZ, being duly sworn, depose and say:

1. I am a plaintiff in this action. I am a garden steward of Sunset Garden of Ridgewood, Inc. ("the Garden"). I make this affidavit based on my personal knowledge and information and belief. I submit this affidavit in support of Plaintiffs' motion for a Preliminary Injunction to prevent the imminent and irreparable harm that will occur if Defendants are permitted to proceed with terminating the Garden's license and seizing the premises.

2. I am a member of the Queer, Trans, Black, Indigenous, and People of Color (QTBIPOC) community. The Garden, under my leadership and that of my fellow members, has been intentionally cultivated as a vital community space and cultural sanctuary for QTBIPOC New Yorkers—a place where we can express ourselves, build community, and exist without fear of the discrimination we often face elsewhere. Our members include people of all backgrounds, races, and faiths, including Christianity, Hinduism, Islam, and Judaism, who have worked together to foster this beloved and inclusive community. We have never barred anyone from membership.

3. This lawsuit arises from Defendants' targeted campaign to dismantle our community and silence our expression. This campaign began in September 2024, not because of any legitimate administrative concern, but only after Defendants were instigated by complaints from a Ridgewood resident who objected to our QTBIPOC-affirming mission—a resident whom a GreenThumb Director, Alex Munoz, later admitted in writing was a "transphobe."

4. Defendants first attacked our "Community Values," which are mutually agreed upon statements, including cautions that members will intervene in discriminatory or otherwise harmful behavior, designed to ensure a space free of racism, sexism, transphobia, anti-semitism, Islamophobia, and other forms of hate for all members and the public. They falsely characterized these values as an exclusionary "ideological litmus test" and demanded we censor them under threat of license terminations. As Alex Munoz admitted via text, there were "changing requirements"--the City's demand on April 1, 2025 was simple: provide an "an update on which direction the community garden group would like to move in." The Garden met this demand by April 3, despite having again requested information that the City did not respond to, and, in response, Munoz said "Thank you! Acknowledged." Less than two weeks later, on April 15, the City treated the Garden as if it had defied a hard deadline for full compliance, issuing a final notice. This abrupt escalation suggests the City was not interested in the Garden's consensus-based process as it earlier agreed to work with, but was instead looking for any reason to terminate. The City's next move was not to continue the collaborative process it claimed to want and appeared to accept, but to dramatically escalate its admittedly abnormal behavior by issuing a final, non-negotiable demand.

5. In November 2024, we installed a small (approximately 3 x 3.5 ft) memorial altar to Cecilia Gentili, a revered transgender Latina activist and a personal hero to me and many in our community, who died in February 2024. Six community members, neighbors, and Garden stewards came together to make the altar and to make space to grieve

collectively. Defendants seized upon this altar as a pretext for their campaign, declaring it an "unauthorized permanent art installation" and demanding we comply with an onerous approval process that they do not enforce against other gardens, or even against a much larger, seven-foot-tall and five-food-wide woodcut in our own Garden (even though the GreenThumb Handbook only requires pre-approval for "Large art installations"). When we asked GreenThumb to provide an example of an art installation they have put through this process, they could not produce a single example from any other GreenThumb garden. This altar is custom-made, unique, and irreplaceable.

6. The City's selective enforcement is not just my perception; it is a stated fact. On or about April 11, 2025, GreenThumb Chief of Staff Carlos Martinez admitted in a recorded meeting that the agency routinely "turn[s] a blind eye" to similar art and memorials in other gardens because they are "part of the vibrancy of gardens."

7. The City's retaliation extended beyond the Garden's gates. In April 2025, a panel at the City's own "GrowTogether Conference" on cultivating queer communities in growing spaces was abruptly canceled due to the City's interference with event planning shortly after I was invited to speak.

8. On May 5, 2025, the City terminated our license, citing these pretexts. We have been ordered to vacate the premises. Without this Court's immediate intervention, our Garden community will be dismantled. GreenThumb and Parks have also disclaimed any responsibility for damages they might cause to the irreplaceable altar if they remove it.

9. The harm we face is immediate and irreparable. The termination of our license is a direct punishment for our protected speech and our identity. The loss of the Garden is not a loss of property that can be replaced or compensated with money alone; it is the destruction of an irreplaceable community sanctuary, a living cultural institution that is a safe haven for some of New York's most marginalized residents.

10. Furthermore, the City's actions have directly fomented a climate of harassment and credible threats of violence against us. Following disparaging articles in the New York Post that were amplified by the City's public actions, we have been subjected to a torrent of violent online threats. At least ten commenters urged or proposed burning, poisoning, or razing the garden itself. For example:

    a. One commenter, referencing a recent attack by Israel on Iranian civilians, wrote: "Just hand out free pagers and walkie talkies to the pro Hamas mobs and put them.on a very short term service plan. Problem goes away upon activation."

    b. Another threatened to destroy the garden with poison, writing: "I think about 50 gallons of RoundUp would solve this."

    c. Still others posted vile, dehumanizing slurs and death threats, referring to our Muslim members with terms like "Table cloth heads" and threatening them with "sarin gas," and calling a transgender member "an It."

11. These threats are not confined to the internet. On September 22, 2024, the day after one of these articles was published, six white men entered Sunset Garden and harassed two

garden stewards (who are Hindu and Muslim Southwest Asian/North African (SWANA) immigrants), cornered them as they were closing up the shed, and began interrogating them, including asking who they were, how they became part of the garden, how they got keys to the garden, where they were from, whether they were "pro-Hamas." They were rightfully terrified. We told the City about this harassment and requested protective support on April 11, 2025 in our recorded in-person meeting with Carlos Martinez and other GreenThumb leadership, but the City did nothing to protect us and has only continued its discriminatory campaign, including against the Community Values which were meant to protect against exactly this type of behavior, signaling clearly to the public that they condone it and will do nothing to prevent it without being held accountable.

12. We now live with the constant fear that these threats against us and the garden will escalate without intervention. To allow the City to proceed with the termination would be to reward this campaign of intimidation by delivering its ultimate prize: the destruction and repression of our community. It would send a message that violent threats are an effective tool to silence QTBIPOC people and will further embolden discrimination and possibly hate crimes in line with the City's actions.

13. In addition to the foreseeable threats to the garden itself from members of the public emboldened and unchecked by the City, our carefully and laboriously cultivated garden faces destruction from the City's withholding of resources, threatened locking of gates, and imminent disruption of our organization.

14. Our currently flourishing garden contains hundreds of pounds of food nearing harvest, including a diverse variety of culturally significant and nutritionally vital crops such as multiple varieties of tomatoes, kale, squash, indigenous corn, cucumbers, passion fruit, figs, Asian greens, eggplant, peppers, and indigenous herbs including huacatay, pápalo, epazote, and amaranth. Our crops provide much-needed nutrition in what is otherwise a food desert for many. Many of these are grown from seed saved, some from our own garden in its 3rd growing season from crops that are just beginning to acclimate. If our organization is disrupted or if we are locked out of the garden–as the City has said will will happen if they succeed in their campaign, during phone calls–all of this produce will be left to rot, resulting in not just a loss of food but a waste of labor, heritage, and community investment.

15. We are at a pivotal moment for planting fall and winter crops. Our Communal Growing Committee has a full fall crop plan in place. This crop was decided on by garden members and took labor and time to put together. We use crop rotations, which is the practice of planting different types of crops in a planned sequence over time to maintain soil fertility, reduce pest and disease buildup, and support long-term soil health. This means analyzing what was grown in each plot in 2023 and 2024 and assuring that we do not grow the same crops for a fruitful harvest. Disrupting our garden access interrupts these carefully planned rotations, which can lead to depleted soil, increased plant disease, and reduced productivity in future seasons.

16. Fall is a critical season for garden health and planning. It is when we lay the foundation for a successful spring by sowing cover crops and incorporating compost. These practices restore soil nutrients and support long-term sustainability. Denying us access to the garden and disrupting our organization now not only undermines this essential soil work, it directly threatens next year's planting and harvest before it has even begun. Our weekly community composting program is also at risk. This is a cornerstone of our sustainable gardening practice and a key community service. Every week, six to ten members of our Compost Committee gather early in the day to process an average of 150 pounds of food scraps, material that would otherwise end up in the landfill. Our compost system is not passive. Maintenance includes turning, layering, and active pile management. Interrupting this work would jeopardize the integrity of the compost piles and reverse months of microbial development essential for high-quality soil.

17. Several major events will be impacted if Parks is allowed to vacate us, including our fall harvest celebration and our Fourth Annual Pumpkin Smash Festival, which is a highly anticipated event among neighborhood families and youth. This year, we planted Halloween pumpkins specifically for the event. Without access, those pumpkins will go to waste, and the event, so loved by children and their families, will be canceled.

18. Seed saving, another critical fall task, will also be disrupted. These seeds are part of our long-term food sovereignty efforts and are exchanged within our network. Their loss is not just seasonal. It is generational.

19. The City denied our repeated bulk compost requests submitted in April of this year, citing their pretextual, discriminatory reasons for withholding the materials. We received only four cubic yards the month before, far short of what is required for our operations and the health of the garden. In the absence of sufficient city support, we have had to purchase compost out-of-pocket and rely on volunteer-run compost teams to keep the soil healthy.

20. The garden also serves as a vital third space, an essential gathering place for community members outside of work and home. It is a hub for social connection, cultural exchange, intergenerational learning, and celebration. Losing access now would cut off one of the few remaining green spaces where our community, particularly our immigrant and QTBIPOC members, can come together freely and safely.

21. Without an immediate injunction from this Court, our garden community will be dismantled, the Garden itself destroyed, our constitutional rights violated, and my fellow members and I left even more exposed to the escalating harassment and threats that the City's unlawful actions have unleashed.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

*Indalesio Tellez*

-----------------------------
Indalesio Tellez

Date: August 17, 2025