**Exhibit A**



2:04

AM
L

4 People ›

Greenthumb is in the wrong? Like rn

Alex Muñoz

Elizabeth should be responding shortly (possibly tomorrow morning). Hopefully that will include the requested clarity. It will also include clear language on Friday's deadline.

Tue, Apr 15 at 7:19 PM

Let's continue this conversation via email. No more text.

Fri, Apr 18 at 10:24 AM

+1 (347) 853-4599

Side note: leaving the compound shortly to put up open hour signs Eta 11am(ish)

Wed, Apr 23 at 9:59 AM

Alex Muñoz

I'm sorry, all, for everything. For the changing requirements, the unfair policies, for empowering a transphobe, for not being there on the ground as soon as the post article happened. I'm sorry. And I wish things were going differently. I do truly think you all created something special. And like Plaza Tonatiuh in Sunset Park, I think the city will be worse off with the termination. I'll try to push for some time for gardeners to remove items from the space. I truly am sorry.

Text Message

1

# Exhibit
# B
## Outlook

---

**Re: [EXTERNAL] Re: Sunset Community Garden - Group Bylaws, Community Agreements, and Temporary Public Art Installation**

---

**From** Laura Merrick <lkmerrick@gmail.com>

**Date** Wed 4/30/2025 12:41 PM

**To** Zorrilla, Valery (PARKS) <Valery.Zorrilla@parks.nyc.gov>

**Cc** Martinez, Carlos (Parks) <Carlos.Martinez@parks.nyc.gov>; indalesio.tellez@yahoo.com
<indalesio.tellez@yahoo.com>; lwraithel@gmail.com <lwraithel@gmail.com>; Munoz, Alex (Parks)
<Alex.Munoz@parks.nyc.gov>; Sunset Garden Ridgewood <sunsetgardenridgewood@gmail.com>; Lehr, Anya
<ALehr@council.nyc.gov>; Vega, Kimberly <KVega@council.nyc.gov>; Mayancela, Juan
<JMayancela@council.nyc.gov>

Hey Valery,

Here is the link to our progress on the by-laws.
https://docs.google.com/document/d/1_nG6gRq8IYUtO_cxXz8-Fbo6aqz-SREb/edit?
usp=sharing&ouid=107519900483005183289&rtpof=true&sd=true These are only initial changes,
which we still need to get feedback and approval from the larger group, and there are still a few
bigger conversation topics that are outstanding as we need to meet with all the Stewards together to
discuss, as you'll see in the comments. We also plan to re-format for clarity and accessibility, so the
final version will take awhile, but this is some great progress.

Also to check in about the community values: we have complied with all of GreenThumbs demands so
there shouldn't be any outstanding issues there.

And for the art installation; we are still following the rules GreenThumb wrote in the GreenThumb
Handbook so there shouldn't be any outstanding issues there.

Can you please release the resources so we may continue preparing for the growing season?

Thanks,
Laura

On Tue, Apr 29, 2025 at 3:30 PM Zorrilla, Valery (PARKS) <Valery.Zorrilla@parks.nyc.gov> wrote:

> Good afternoon, Laura,
>
> As communicated in the other email thread, I received your request for lumber and soil.
> Unfortunately, GreenThumb is not able to fulfil this request due to the garden group is still in not good
> standing. The request to address the urgent matters referenced below are still unresolved despite the
> extended deadline.
>
> Best,
> **Valery Zorrilla (they/she)**

Community Engagement Coordinator, Queens District 19, 20, 21, 27, 28, 29, 31, 32 and BK 34
NYC Parks GreenThumb
**C** 347.853.4599
**W** 212.602.5389
**E** Valery.Zorrilla@parks.nyc.gov

**NYC Parks GreenThumb**
100 Gold Street, Suite 3100
New York, NY 10038
nyc.gov/parks/greenthumb | Follow GreenThumb on: Instagram | Facebook | Twitter | YouTube
nyc.gov/parks | Follow Parks on: Facebook | Twitter | Instagram | LinkedIn

---

**From:** Laura Merrick <lkmerrick@gmail.com>
**Sent:** Friday, April 18, 2025 2:32 PM
**To:** Martinez, Carlos (Parks) <Carlos.Martinez@parks.nyc.gov>
**Cc:** indalesio.tellez@yahoo.com <indalesio.tellez@yahoo.com>; lwraithel@gmail.com <lwraithel@gmail.com>;
Munoz, Alex (Parks) <Alex.Munoz@parks.nyc.gov>; Zorrilla, Valery (PARKS) <Valery.Zorrilla@parks.nyc.gov>;
Sunset Garden Ridgewood <sunsetgardenridgewood@gmail.com>; Lehr, Anya <ALehr@council.nyc.gov>; Vega,
Kimberly <KVega@council.nyc.gov>; Mayancela, Juan <JMayancela@council.nyc.gov>
**Subject:** Re: [EXTERNAL] Re: Sunset Community Garden - Group Bylaws, Community Agreements, and
Temporary Public Art Installation

Hey Carlos,

Thanks so much. We share the emails through whatsapp most often, do you want a screenshot of
that?

I have one hypothetical question: in the license, it says permanent art installations must be approved
by GreenThumb. If we wanted to make this a permanent installation, can you please send us the
path to getting that approval? The license implies GreenThumb can give written approval for
permanent works of art so maybe we can just go that route.

and can you also explain this paragraph from your initial letter on the 16th "While the one-year
installation period may seem limiting, GreenThumb will work with the
Licensee to provide ideas for potential locations for future temporary display of this artwork
or permanent installation on a non-City owned property. If Licensee would like to consider
another location under Parks jurisdiction, please keep in mind that: 1) it must be in a
different borough than the original installation, and 2) same artwork cannot be exhibited
more than two times."

Thanks so much!
Best,
Laura

On Fri, Apr 18, 2025 at 2:16 PM Martinez, Carlos (Parks) <Carlos.Martinez@parks.nyc.gov> wrote:

> Good afternoon, everyone,

I'm reaching out to inform you that NYC Parks has granted a one-time extension regarding the *Temporary Public Outdoor Art Installation* and the *Community Agreements / Values* (see attached letter sent on April 16th). To recap:

- <u>Temporary Public Outdoor Art Installation:</u> the memorial art installation needs to be relocated unless the Licensee executes the Public Art License Agreement.
- <u>Community Agreements / Values:</u> remove any reference of the Community Agreements / Values - see yesterday's email for additional reference.

In order to remain in good standing with the GreenThumb License Agreement, please make sure to address the urgent matters referred to above no later than **Wednesday, April 23rd at 5:00 p.m.**

Failure to comply with this one-time deadline extension, NYC Parks will be forced to take more aggressive measures to address this situation, including but not limited to terminating the License and revoking Licensee's access to the garden. Please remember, in the case the Licensee is unwilling to relocate the unpermitted memorial art installation, NYC Parks will be forced to remove it as per protocol. This would constitute a breach of the GreenThumb License Agreement which would lead to termination of the license.

Upon receipt of this email, please share it with garden members and send a copy to the GreenThumb staff -- we did not receive this confirmation for the April 16th letter.

Lastly, in an effort to centralize our communications with the agency, please direct any question or clarification to me – including any correspondence with the Art and Antiquities Division.

Sincerely,

**Carlos Martinez (he / him / his)**

Chief of NYC Parks GreenThumb

---

**From:** Martinez, Carlos (Parks)
**Sent:** Thursday, April 17, 2025 7:34 AM
**To:** Laura Merrick <lkmerrick@gmail.com>

**Cc:** indalesio.tellez@yahoo.com; lwraithel@gmail.com; Munoz, Alex (Parks) <Alex.Munoz@parks.nyc.gov>; Zorrilla, Valery (PARKS) <Valery.Zorrilla@parks.nyc.gov>; Sunset Garden Ridgewood <sunsetgardenridgewood@gmail.com>

**Subject:** RE: [EXTERNAL] Re: Sunset Community Garden - Group Bylaws, Community Agreements, and Temporary Public Art Installation

Good morning, all – thanks for your prompt response as always!

To err on side of caution while all the relevant parties have a chance to review the community values/agreement, I suggest to temporarily remove (or not publicly visible, if possible) all the following (highlighted in yellow):

- Instagram page
  - "Values" and "Before Visiting" (on the landing page – see screenshot for reference)
  - Two pinned posts related to the Community Agreements (posted on August 30, 2024)

- Linktree page (this page is posted in the Instagram bio)
  - "Become a Member"
    - This first link in the Link.tree page takes you to this Google Form which references the Community Values.
  - "Sunset Community Agreements"
    - This second link takes you to this Google Doc which are the agreements updated on June 2024.
  - "The Sunset Garden Handbook"
    - This last link the Link.tree page has one reference to the Community Agreements. By the way, this would be a good reference for your process of amending the bylaws and we can find time to discuss this too.

I'm available this afternoon if you (or the person in charge of digital media in the group) want to discuss details on the phone.

Thanks again,

**Carlos Martinez (he / him / his)**

Chief of NYC Parks GreenThumb

**From:** Laura Merrick <lkmerrick@gmail.com>
**Sent:** Wednesday, April 16, 2025 8:49 PM
**To:** Martinez, Carlos (Parks) <Carlos.Martinez@parks.nyc.gov>
**Cc:** indalesio.tellez@yahoo.com; lwraithel@gmail.com; Munoz, Alex (Parks) <Alex.Munoz@parks.nyc.gov>;
Zorrilla, Valery (PARKS) <Valery.Zorrilla@parks.nyc.gov>; Sunset Garden Ridgewood
<sunsetgardenridgewood@gmail.com>
**Subject:** [EXTERNAL] Re: Sunset Community Garden - Group Bylaws, Community Agreements, and
Temporary Public Art Installation

**CAUTION! EXTERNAL SENDER.** Never click on links or open attachments if sender is unknown, and never provide user ID
or password. If **suspicious**, report this email by hitting the **Phish Alert Button**. If the button is unavailable or you are on a
mobile device, forward as an attachment to phish@oti.nyc.gov.

If we are to have any hope of meeting your ever changing requirements and deadlines, please
send us all the links of where the agreements are found so we can remove them.

Thanks,

Laura

Sent from my iPhone

> On Apr 16, 2025, at 8:01 PM, Laura Merrick <lkmerrick@gmail.com> wrote:
>
> Hey Carlos,
>
> Adding the Sunset Garden Email. I apologize for my confusion but I thought we
> already satisfied the issue with the community values by saying the intended plan. We
> are in the process of altering everything, updating by laws, and getting the garden
> season going, and MOST IMPORTANTLY, trying to keep our membership and visiting
> community members and volunteers safe while they are in the garden due to the
> target placed by the article in the Post.
>
> This is requiring an entire re vamp of our communication system, and many other
> systems all the while trying to get new members onboarded.
>
> Needless to say, it is taking many many many unpaid hours to abide the many non
> issues that do not violate the license.

I don't know if it is physically possible to meet the demands to remove the values from every place they currently are in the next two days in addition to meeting all the other demands.

It feels to me we are being set up to revoke the license. The changing requirements and changing sudden deadlines.

Thanks,

Laura

Sent from my iPhone

> On Apr 16, 2025, at 5:59 PM, Martinez, Carlos (Parks) <Carlos.Martinez@parks.nyc.gov> wrote:

> Hello, Indalesio, Laura, and Luke,

> It was nice to meet some of you in person at the garden last Friday. Please see attached letter as a follow-up to our meeting and next steps. I am available tomorrow Thursday afternoon/evening and Friday during the day if you would like to discuss in-person or virtually any or all of these pending matters related to Sunset Community Garden.

> Thank you,

> **Carlos Martinez (he / him / his)**

> Chief of NYC Parks GreenThumb

> **T** 212.602.5329
> **F** 212.602.5334
> **E** Carlos.Martinez@parks.nyc.gov

> **NYC Parks**

GreenThumb

100 Gold Street, Suite 3100

New York, NY 10038

nyc.gov/parks/greenthumb

**Follow GreenThumb on:** Facebook | Twitter | Instagram

**Follow Parks on:** Facebook | Twitter | Periscope | Instagram | YouTube

Sign up for the GreenThumb mailing list!

&lt;Sunset Community Garden - 04162025.pdf&gt;

**Exhibit C**



**Exhibit D**





Exhibit F



**Exhibit G** The Sunset Garden Handbook/El manual del jardín Sunset Garden

*Corner of Onderdonk & Willoughby/En la esquina de Onderdonk y Willoughby*

Greenthumb comments in Red: GreenThumb requires all community garden groups operating on property under NYC Parks jurisdiction to submit copies of their bylaws to their Community Engagement Coordinator as an annual requirement to remain in good standing. For more about bylaws, visit the Writing and Amending Bylaws chapter (p. 25 – 30) of the 2023 GreenThumb Gardeners' Handbook.

GreenThumb has reviewed your bylaws to ensure that they include the required components outlined in the bylaw's checklist and to ensure that they follow NYC Parks policies.
Please see the Agency's comments and directives below. **To remain in good standing, your garden group must acknowledge receipt of this communication, provide an update, and begin amending the bylaws. lease let us know if you have any questions. GreenThumb is here to support you. For additional resources on bylaws, visit "Resources for Community Gardeners: Group Development" on the GreenThumb website. Here is a copy of the bylaws template with sample language. Your Community Engagement Coordinator, Valery Zorilla is copied, and we would be happy to assist.**

*Date Originally Approved:*
*Fecha de aprobación original:*

*Date of Most Recent Ratification:*
*Fecha de la ratificación más reciente:*

This document is publicly available to help ensure that the community understands how The Sunset Garden is managed and how they can become participants in the process. /Este documento está disponible públicamente para ayudar a garantizar que la comunidad entienda cómo se administra The Sunset Garden y cómo pueden participar en el proceso.

## Table of Contents/Tabla de contenido::

1. The Sunset Garden Handbook/El manual del jardín de Sunset Garden

2. Table of Contents/Tabla de contenido

3. The Sunset Garden Mission Statement/Declaración de la misión de Sunset Garden

4. Membership/Membrecia

   a. Key Members/Miembrxs clave

   b. Core Members/Miembrxs principales

5. Governance/Gobernancia

   a. Meetings/Reuniones

b.  Decision Making Process/Proceso de toma de decisiones

c.  Committees/Comités

d.  Finances/Finanzas


6.  Policies & Procedures/La póliza y procedimientos

    a.  The Sunset Garden Rules/Las reglas de Sunset Garden
    b.  Best Practices, Guidelines, & Community Agreements/Mejores prácticas, pautas y acuerdos comunitarios

    c.  Suspension / Revocation of Membership / Suspensión / Revocación de Membresía

    d.  Amendments to the Bylaws/Modificaciones a los Estatutos

7.  Documented Procedures/Procedimientos documentados

    a.  Membership/Membresia

## The Sunset Garden Mission Statement/Declaración de la misión de Sunset Garden::

- 

*Our Mission is to cultivate and steward a longstanding, sustainable green space for gardening that provides food equity, educational and recreational resources to serve and engage the community with a diverse and intergenerational membership.*

*Spanish translation needed*

*The Sunset Garden is committed to maintaining an open and diverse membership.  Anyone is welcome to join us and no one will be turned away solely due to inability to afford membership dues.*

*The Sunset Garden se compromete a mantener una membresía abierta y diversa. Cualquiera es bienvenido a unirse a nosotros*

14

*As a community hub, we provide a location for members to gather and socialize. Members can organize events or use the space as a relaxing enclave removed from the perpetual activity of city life. We believe in the benefits of gardening and green space to health and strive to make the garden a space to support the well-being of all.*

*Como centro comunitario, ofrecemos un lugar para que los miembros se reúnan y socialicen. Los miembros pueden organizar eventos o utilizar el espacio como un enclave relajante alejado de la actividad perpetua de la vida de la ciudad. Creemos en los beneficios de la jardinería y los espacios verdes para la salud y nos esforzamos por hacer del jardín un espacio para apoyar el bienestar de todos.*

*In addition to being an active garden and community space, The Sunset Garden also strives to be a learning center for anyone interested in mentoring or learning. Communal or individual beds are available for anyone interested in learning how to grow things.*

*Además de ser un jardín activo y un espacio comunitario, The Sunset Garden también se esfuerza por ser un centro de aprendizaje para cualquier persona interesada en ser mentor o aprender. Las camas comunitarias o privadas están disponibles para cualquier persona interesada en aprender a cultivar cosas.*

---

### Membership/Membresia:

- **Membership Section:   There is a reference to a membership form Page 9 in the Documented Procedures section, however, no details are provided. GreenThumb also recommends as best practice, if not already being done, adding physical signage in the garden listing a membership coordinator or relevant contact who can provide physical copies of the membership form.**

**LINK:** 📄 **Membership Level**

To become a member, please complete the membership form (add link). Then come to the garden for an orientation. Orientation times  will be announced over the WhatsApp chat and Google group. Orientations may take a half hour to one hour. After the orientation you will receive the lock code.

The Sunset Garden recognizes two levels of membership:  **General Garden Members** and **Garden Stewards.**

Sunset Garden reconoce dos niveles de membresía: MIEMBROS PRINCIPALES CLAVE Y MIEMBROS PRINCIPALES.

*Membership at either level is available to anyone meeting the proper requirements.*

*La membresía en cualquiera de los niveles está disponible para cualquier persona que cumpla con los requisitos adecuados.*

General Members/ Miembros

General Members have a stated reason for wanting access to The Sunset Garden (to garden, to compost, to help with construction projects, to enjoy the open spaces, etc.), must agree to follow all garden rules by signing The Sunset Garden Bylaws and rules agreements.  General Members are also required to attend **one of the monthly general meetings** held throughout the year. Members receive the lock code a key annually upon receipt of their membership form and completing the orientations, signed bylaw and rules.

## Miembros titulares clave

 Los miembros titulares claves tienen una razón declarada para querer acceder a The Sunset Garden (jardín, abono, ayudar con proyectos de construcción, disfrutar de los espacios abiertos, etc.), deben aceptar seguir todas las reglas del jardín al firmar los estatutos de The Sunset Garden.  y reglas de acuerdos.  También se requiere que los Miembros titulares clave  asistan a una de las cuatro reuniones generales que se realizan a lo largo del año (primavera, verano, otoño e invierno).

### Garden Stewards

**Garden Stewards** are deeply involved in at least one of The Sunset Garden committees and freely donate their time and labor. As such, they form the primary decision making body of the garden. Garden Stewards must meet the general member requirements and join one of The Sunset Garden's Committees. Garden Stewards must attend half of the monthly general meetings the, and at least one-third of the Committee Meetings held throughout the year.

## Miembros principales

Los miembros principales deben cumplir con los requisitos de un miembro clave y unirse a uno de los comités de The Sunset Garden's.
Los Miembros Principales deben asistir a la Reunión Anual del Jardín, así como a dos de las cuatro reuniones generales que se realizan a lo largo del año (Primavera, Verano, Otoño e Invierno) y al menos a un tercio de las Reuniones del Comité que se realizan a lo largo del año.

*Based on the current bylaws, GreenThumb created the following easy-to-read table of the garden's membership levels for public dissemination which we hope we have accurately captured.*

| Garden Member overview | |
|---|---|
| *Rights* | *Responsibilities* |
| <ul><li>*Access to the garden*</li><li>*Support with compost, construction and space*</li><li>*Garden code*</li><li>*Ability to attend garden workshops*</li><li>*Determining open hours for the garden*</li><li>*Proposing event ideas*</li><li>*Decide on logo*</li><li>*Proposing planting ideas*</li><li>*GreenThumb resources (materials, trainings, and contacts)*</li></ul> | <ul><li>*Follow garden rules and bylaws agreement*</li><li>*Attend 1 general meeting*</li><li>*Hosting minimum one open hours shift or watering shift.*</li></ul> |

*In addition to the above, Garden Stewards share the following rights and responsibilities*

16

| Garden Steward overview | |
|---|---|
| Rights | Responsibilities |
| <ul><li>Propose event ideas</li><li>Voting rights</li><li>Have Growing space</li><li>GreenThumb resources (materials, trainings, and contacts)</li><li>Vote to Amend Bylaws</li><li>Present, amend, and block proposals</li><li>Vote on meeting times</li></ul> | <ul><li>Join one committee</li><li>Attend 2 general meetings</li><li>Attend 1/3 of committee meetings</li><li>Plot maintenance</li><li>Common area clean up</li><li>Sidewalk clean up</li><li>Host open hours/watering shift</li></ul> |

**Fees**

There is a $20 annual due which pays for supplies and operations. Members have the option of paying in cash at the garden or venmoing @sunsetgardenridgewood . *No one will be turned away solely due to inability to afford membership dues.*

**Honorarios**

Hay una tarifa de $20 por materiales y manejo del jardin. Miembres tienen el opcion de pagar en efectivo o venmo, @sunsetgardenridgewood. Nadie

**Locks/Keys**

Anyone found changing locks or duplicating keys may be suspended or face complete membership revocation. This will be done at the discretion of the Conflict Resolution Team (within the Membership Committee) and in consultation with Garden Stewards.

**Llaves**

Cualquiera que sea encontrado duplicando llaves o cambiando cerraduras puede ser suspendido o enfrentar la revocación total de la membresía.  Esto se hará a discreción del Equipo de Resolución de Conflictos (dentro del Comité de Membresía) y en consulta con el Liderazgo.

# Governance:

*General meeting needed to officiate this section and vote on it*

The decision making body for The Sunset Garden consists of Steward Members in attendance at Committee & Leadership Meetings.  Whenever able, decisions made at the Committee and Leadership levels will be put out to the General Membership for a final determination.

**Gobernancia:**
El órgano de toma de decisiones de The Sunset Garden está formado por miembros principales que asisten a las reuniones de comité y liderazgo.  Siempre que sea posible, las decisiones tomadas en los niveles de Comité y Liderazgo se someterán a la Membresía General para una determinación final.

*Consensus is always the goal, but at times, it will be necessary for Committees & Leadership to make decisions on garden's behalf.*

*El consenso es siempre el objetivo, pero a veces será necesario que los comités y el liderazgo tomen decisiones en nombre del jardín.*

**Meetings**
General Meetings will be held four times a year with one meeting per season - Winter, Spring, Summer, & Fall - and will be open to all members and the general public. There will also be an annual Growing Seasonal Kick-Off Meeting.  All general meetings are open to the public and will be held in the garden during good weather, another announced location, and/or virtually.

**Reuniones**
Las reuniones generales se llevarán a cabo cuatro veces al año con una reunión por temporada (invierno, primavera, verano y otoño) y estarán abiertas a todos los miembros y al público en general.  También habrá una reunión anual de lanzamiento de la temporada de crecimiento.  Todas las reuniones generales están abiertas al público y se llevarán a cabo en el jardín cuando hace buen tiempo, en otro lugar anunciado y/o virtualmente.

Committee Meetings will be held monthly and will be open to Committee Members and all members.

Las reuniones del comité se llevarán a cabo mensualmente y estarán abiertas a los miembros del comité y a todos los miembros.

Leadership Meetings will be held  once a month and are open to all Committee Members and must have at least one Representative from each Committee in attendance.  Committee & Leadership Meetings can also be held as needed in case of urgent matters.

Las Reuniones de Liderazgo se llevarán a cabo una vez al mes y están abiertas a todos los Miembros del Comité y deben tener al menos un Representante de cada Comité presente.  Las reuniones de comité y liderazgo también se pueden realizar según sea necesario en caso de asuntos urgentes.

All meetings will  be announced at the previous meeting,  on the garden's email list, on a bulletin board within the garden, the garden's social media platforms, a shared google calendar,  and/or through a phone/text blast. . Notes from all meetings will be shared on the garden's email list, website (once created, and in a google document shared with membership.

Todas las reuniones se anunciarán en la reunión anterior, en la lista de correo electrónico del jardín, en un tablón de anuncios dentro del jardín, en las plataformas de redes sociales del jardín, en un calendario compartido de Google y/o a través de un teléfono/mensaje de texto. Las notas de todas las reuniones se compartirán en la lista de correo electrónico del jardín, el sitio web (una vez creado y en un documento de Google compartido con los miembros).

### The Sunset Garden Decision Making Model

The Sunset Garden is a cooperative organization that uses a **consensus decision-making model** for group decision making. This is a process that not only seeks the agreement of most participants, but also the resolution or mitigation of minority objections rather than relying on a majority-rules system in which objections are overruled. For The Sunset Garden, consensus is defined as meaning both the general agreement on decision and the process of getting to such agreement.

### El modelo de toma de decisiones de Sunset Garden

The Sunset Garden es una organización cooperativa que utiliza un **modelo de toma de decisiones por consenso para la toma de decisiones** en grupo. Este es un proceso que no solo busca el acuerdo de la mayoría de los participantes, sino también la resolución o mitigación de las objeciones de la minoría en lugar de depender de un sistema de reglas de la mayoría en el que se anulan las objeciones. Para The Sunset Garden, el consenso se define como el acuerdo general sobre la decisión y el proceso para llegar a dicho acuerdo.

The process of decision making within The Sunset Garden aims to be inclusive, participatory, cooperative, egalitarian, and solution-oriented. As many Core Members as possible should be included in the process and will be represented by their chosen Committee Representative(s) at Leadership Meetings. Active input and participation is solicited from Core Members/Committee Reps and participants strive to reach the best decision for everyone in the group. All core members are afforded equal input into the process and should have opportunity to present, amend, and block proposals.

El proceso de toma de decisiones dentro de The Sunset Garden pretende ser inclusivo, participativo, cooperativo, igualitario y orientado a la solución. Se debe incluir en el proceso a tantos Miembros Principales como sea posible y estarán representados por los Representantes de Comité elegidos en las Reuniones de Liderazgo. Se solicita la participación activa de los miembros principales/representantes del comité y los participantes se esfuerzan por llegar a la mejor decisión para todos en el grupo. Todos los miembros principales tienen la misma participación en el proceso y deben tener la oportunidad de presentar, modificar y bloquear propuestas.

Finally, effective decision-making needs to be solution oriented and the garden has a commitment to emphasizing common agreement, reaching compromise, and effectively resolving conflict or dissent within the group to reach a solution.

Finalmente, la toma de decisiones efectiva debe estar orientada a la solución y el jardín tiene el compromiso de enfatizar el acuerdo común, llegar a un compromiso y resolver de manera efectiva el conflicto o la disidencia dentro del grupo para llegar a una solución.

The process of reaching consensus oriented decisions involves first the **formation** and **discussion of proposals** where members can identify the options, share information, and debate the alternatives available. While anyone at all can create a proposal, in order for it to be considered it must be presented to the appropriate Committee. Depending on the nature of the proposal, either the Committee itself can make the decision, or it will be taken to

the Leadership through a Committee Representative at a Leadership Meeting for decision.  Where appropriate, the approved proposal will be presented to the general membership for input and a final determination.

El proceso de llegar a decisiones orientadas al consenso involucra primero la **formación** y **discusión de propuestas** donde los miembros pueden identificar las opciones, compartir información y debatir las alternativas disponibles.  Si bien cualquier persona puede crear una propuesta, para que sea considerada debe presentarse al Comité correspondiente.  Dependiendo de la naturaleza de la propuesta, el Comité mismo puede tomar la decisión o se llevará al Liderazgo a través de un Representante del Comité en una Reunión de Liderazgo para tomar una decisión.  Cuando corresponda, la propuesta aprobada se presentará a los miembros en general para recibir aportes y una determinación final.

After a proposal has been made and discussed upon Committee Members during a Committee Meeting, a **call for consensus** is then made when the facilitator or a member asks each member to actively state their agreement with the proposal or to state their concerns. If concerns are raised, members need to **identify and address concerns** and discuss the proposal further, potentially **modifying the proposal** to help reach consensus. A new call for consensus can then be made around the modified proposal and members are again asked to actively state their agreement or concerns.

Después de que se haya hecho y discutido una propuesta entre los miembros del comité durante una reunión del comité, **se hace un llamado a consenso** cuando el facilitador o un miembro le pide a cada miembro que declare activamente su acuerdo con la propuesta o que exprese sus preocupaciones.  Si surgen inquietudes, los miembros deben **identificar y abordar las inquietudes** y discutir la propuesta más a fondo, **modificando potencialmente la propuesta** para ayudar a alcanzar el consenso.  Luego se puede hacer una nueva convocatoria de consenso en torno a la propuesta modificada y se les pide nuevamente a los miembros que expresen activamente su acuerdo o inquietudes.

This same procedure will repeat at Leadership Meetings, with the appropriate Committee Representative presenting the proposal.

Este mismo procedimiento se repetirá en las Reuniones de Liderazgo, presentando la propuesta el Representante del Comité correspondiente.

While 100% agreement is not always possible in large groups, our community strives to discuss all dissent and allow space for finding resolutions that work for all of the members. Committee Members and Representatives who voice dissent around a proposal have the option of either allowing consensus to move forward without their agreement or actively seeking to block a proposal that they feel strongly against.  When one or more core members choose to block a proposal, that proposal will be tabled until the next Committee or Leadership Meeting and in the time between meetings, the dissenting member(s) are asked to work with other garden members to create a modified proposal for the next meeting. The garden does not place a specific number on the model of dissent (consensus minus one vs. consensus minus three, for example) but actively strives to reach the largest number of members agreeing around all proposals and actions whenever possible.

Si bien el 100 % de acuerdo no siempre es posible en grupos grandes, nuestra comunidad se esfuerza por discutir todos los desacuerdos y dejar espacio para encontrar resoluciones que funcionen para todos los miembros.  Los miembros del comité y los representantes que expresan su desacuerdo en torno a una propuesta tienen la opción de permitir que avance el consenso sin su acuerdo o buscar activamente bloquear una propuesta que se opone firmemente.  Cuando uno o más miembros centrales deciden bloquear una propuesta, esa propuesta se

presentará hasta la próxima reunión del Comité o de Liderazgo y, en el tiempo entre reuniones, se les pide a los miembros disidentes que trabajen con otros miembros del jardín para crear una propuesta modificada.  para la próxima reunión.  El jardín no coloca un número específico en el modelo de disidencia (consenso menos uno frente a consenso menos tres, por ejemplo), pero se esfuerza activamente por llegar al mayor número de miembros que estén de acuerdo en todas las propuestas y acciones siempre que sea posible.

### Decision Making by Level of Membership
- **<u>Decision-making Section:</u> The bylaws do not specify if a quorum is needed for any decision-making. The garden group should add additional details here. As the garden group operates by consensus, establishing a minimum number for decision-making is especially important.**

    - **Please also specify if proxy voting, absentee vote, voting over email accepted or if only in-person voting is allowed.**

<u>Key-Holding Members</u> are involved in decisions impacting the garden on a broad level, such as determining open hours for the garden, proposing event ideas, deciding on a logo, and helping to decide on and plant what's grown in the perimeter section of the garden.

**Toma de decisiones por nivel de membresía**
<u>Los Miembros principales clave</u> están involucrados en las decisiones que afectan al jardín en un nivel amplio, como determinar el horario de apertura del jardín, proponer ideas para eventos, decidir sobre un logotipo y ayudar a decidir y plantar lo que se cultiva en la sección del perímetro del jardín. .

<u>Core Members</u> are able to make decisions related to the Committee(s) they sit on (i.e. meeting times, individual plot distribution, garden maintenance, landscaping, and membership  etc.).

<u>Los miembros principales</u> pueden tomar decisiones relacionadas con los comités en los que participan (es decir, horarios de reunión, distribución de parcelas individuales, mantenimiento de jardines, paisajismo y membresía, etc.).

Committees are generally  able to make decisions pertaining to their individual committee, unless they feel the decision requires input from Leadership or all members at large.  At this time, all  financial decisions must receive permission from the Finance/Fundraising Committee.

Por lo general, los comités pueden tomar decisiones relacionadas con su comité individual, a menos que consideren que la decisión requiere aportes del liderazgo o de todos los miembros en general.  En este momento, todas las decisiones financieras deben recibir el permiso del Comité de Finanzas/Recaudación de Fondos.

During Leadership Meetings, all Core Members present act as a board and are able to approve projects within the garden, give input on revocation of membership, and amend by-laws.

Durante las reuniones de liderazgo, todos los miembros principales presentes actúan como una junta y pueden aprobar proyectos dentro del jardín, dar su opinión sobre la revocación de la membresía y modificar los estatutos.

### The Sunset Garden Committees

The Committees represent the major areas of responsibility in The Sunset Garden.  The Sunset Garden allows Committees great latitude in how to manage their areas of responsibility.  In general, most matters should go through the appropriate Committee before being brought to Leadership.

### Los comités de Sunset Garden

Los comités representan las principales áreas de responsabilidad en The Sunset Garden.  El Sunset Garden permite a los Comités una gran libertad en la forma de administrar sus áreas de responsabilidad.  En general, la mayoría de los asuntos deben pasar por el Comité correspondiente antes de ser llevados a Liderazgo.

All Garden Stewardsmust be an active member in at least **one** Committee.

Todos los Miembros Principales deben ser miembros activos en al menos un Comité.

### Committees / Comités

- **Garden Leadership Section:  Are there term limits for committees? Do the committees have an officer style or similar structure? If so, that should also be clarified. If there are no term limits, the bylaws should state explicitly that positions are open-ended with no term limits to avoid ambiguity.**
    - **Bigger questions that will need a meeting(s) to be voted on.**

- **Communal Plot:** Communal plot assignments, growing and distribution decisions, record keeping, plot maintenance.
  **Parcela comunal:** asignaciones de parcelas comunales, decisiones de cultivo y distribución, mantenimiento de registros, mantenimiento de parcelas

- **Composting**: Maintain compost bins and piles, organize compost workdays and community education days.
   **Compostaje:** mantener contenedores y pilas de compost, organizar jornadas de compostaje y jornadas de educación comunitaria.

- **Maintenance:** Maintenance of general garden facilities, snow removal, lock management, litter and trash removal. Managing and tracking garden projects, manage material resource allotment, organizing work days, identifying and acquiring materials needed for garden.

  **Mantenimiento:** Mantenimiento de las instalaciones generales del jardín, quitar la nieve, codigo de llaves, recolección de basura. Mantenimiento y progreso de proyectos de jardinería, manejo de asignación de recursos materiales, organización de días de trabajo, identificación y adquisición de materiales necesarios para la jardinería.

- **Watering & Irrigation:** Water management and distribution, rain barrel management and maintenance; Manages watering shift schedule and communication to garden members around watering
  **Riego e Irrigación:** Mantenimiento y distribución de agua, mantenimiento de barriles de lluvia

- **Flowers, Containers and Landscaping:** Designs, cares for, and plants the sections throughout the garden that are not in beds. Stewards the trees/ tree beds  along the perimeter of the garden.

  **Flores, Contenedores y Paisajismo:** Diseña, cuida y planta las secciones a lo largo del jardín que no están en las camas. Cuida los árboles del perímetro del jardín.

- **Individual Plot:** Individual plot assignments, plot record keeping, plot abandonment and renewal. There is a form to add yourself to a waitlist for an individual plot. Individual plot members are encouraged to pay an additional $50 fee for their plot space, although no one will be denied a plot based on ability to pay. In 2026, the garden will likely turn to full communal plots.

  **Parcela individual:** asignaciones de parcelas individuales, mantenimiento de registros de parcelas, abandono y renovación de parcelas

- **Social Media / Community Outreach:** Manages garden google group, email list, and social media platforms. Manages relationships with community groups and third parties.

  **Medios sociales / Alcance comunitario:** administra el grupo de Google del jardín, la lista de correo electrónico y las plataformas de medios sociales. Maneja las relaciones con grupos comunitarios y terceros.

- **Events:** Creates, organizes, oversees, and executes all events within group, approve non-member event proposals, manage calendar
  **Eventos:** Crea, organiza, supervisa y ejecuta todos los eventos dentro del grupo, aprueba propuestas de eventos, mantener el calendario

- **Membership:** Membership interest and approvals, member record keeping, and distribution of keys. Membership also manages the garden's calendar.  Membership committee is made up of Garden Stewards.

- The Conflict Resolution team helps to mediate among members and makes decisions regarding suspension & revocation.
  **Membresía y resolución de conflictos:** intereses y aprobaciones de membresía, mantenimiento de registros de miembros y distribución de llaves. La membresía también administra el calendario del jardín. El equipo de resolución de conflictos ayuda a mediar entre los miembros y toma decisiones sobre suspensión y revocación.

- **Conflict Resolution:** The Conflict Resolution team helps to mediate among members and makes decisions regarding suspension & revocation.

- **Finance:** Tracking group funds in cash and accounts, collecting fees, approving reimbursements. Keeping garden apprised of current financial situation. Manages fiscal resource allotment. Approve or submit a grant proposal.  Advocates for additional funds for garden, including grant writing and applications, and fundraisers (limited to 4 per year).

- **Finanzas** seguimiento de los fondos del grupo en efectivo y cuentas, cobro de tarifas, aprobación de reembolsos. Mantener al jardín informado de la situación financiera actual. Administra la asignación de recursos fiscales. Aprobar o presentar una propuesta de subvención.  Defensores de fondos adicionales para el jardín, incluida la redacción de subvenciones y solicitudes

# Finances

- **Finances Section:** **As the garden is collecting dues, we recommend expanding and adding details to the Finance section. Please see Page 22 of the GreenThumb Bylaws Template for details.**

**LINK**: 📖 Meeting Notes Finance / Notas de la reunión Finanzas

The Sunset Garden a CHARITABLE CORPORATION under Section 201 of the Not-for-Profit Corporation Law.
M

---

# Policies & Procedures

The Sunset Garden makes a huge effort to promote our community and our space within it. The following are rules and guidelines that we have developed to ensure the best shared use of our resources.

**Políticas y procedimientos**
The Sunset Garden hace un gran esfuerzo para promover nuestra comunidad y nuestro espacio dentro de ella. Las siguientes son reglas y pautas que hemos desarrollado para asegurar el mejor uso compartido de nuestros recursos.

### The Sunset Garden Rules
Please keep the following rules in mind as you enjoy this community space. Violation of these rules can result in removal of membership privileges

**Las reglas del jardín del atardecer**
Tenga en cuenta las siguientes reglas mientras disfruta de este espacio comunitario. La violación de estas reglas puede resultar en la eliminación de los privilegios de membresía.

- Do not smoke; drink alcohol, gamble, or use any drugs in The Sunset Garden at any time.
  No fume; beba alcohol, juegue o use drogas en The Sunset Garden en cualquier momento.
- Children are a vital and welcome part of The Sunset Garden. Children under 14 must be accompanied and supervised by an adult while in the garden.
  Los niños son una parte vital y bienvenida de The Sunset Garden. Los niños menores de 14 años deben estar acompañados y supervisados por un adulto mientras estén en el jardín.

- Pets must be on a leash at all times. Remove all pet waste from the garden and do not permit your pet to damage anything in the garden.

  Las mascotas deben estar atadas en todo momento. Retire todos los desechos de mascotas del jardín y no permita que su mascota dañe nada en el jardín.

- Remove any trash you generate from the garden. Please consider removing additional trash you see present as well.

  Retire cualquier basura que genere del jardín. Considere eliminar también la basura adicional que vea presente.

- No harvesting from any plant without permission. Some beds are privately cultivated. Community beds are managed by the community bed committee who can dictate when plants may be harvested.

  No cosechar de ninguna planta sin permiso. Algunas camas se cultivan de forma privada. Los lechos comunitarios son administrados por el comité de lechos comunitarios que puede dictar cuándo se pueden cosechar las plantas.

- Guidance will be provided on what can and cannot be planted in the garden, please check with either of the plot committees or landscaping if you are unsure what you're planting is allowed.

  Se proporcionará orientación sobre lo que se puede y no se puede plantar en el jardín, consulte con cualquiera de los comités de la parcela o con el paisajismo si no está seguro de que lo que está plantando está permitido.

- The garden cannot store any hazardous materials. This includes but is not limited to certain pesticides, herbicides, fertilizers, paints and varnishes, and anything with a significant warning on the label. Please plan for the removal of your supplies when you are not physically present in the garden.

  El jardín no puede almacenar ningún material peligroso. Esto incluye, entre otros, ciertos pesticidas, herbicidas, fertilizantes, pinturas y barnices, y todo lo que tenga una advertencia significativa en la etiqueta. Planifique la eliminación de sus suministros cuando no esté físicamente presente en el jardín.

- Signage may not be posted on the fence or  around the garden.

  La señalización no puede colocarse en la cerca o alrededor del jardín.

- The garden supplies a large number of tools for community use. You may use these provided you replace them when you are finished. No garden tools should be removed from the garden for any reason.

  El jardín proporciona una gran cantidad de herramientas para uso comunitario. Puede utilizarlos siempre que los reemplace cuando haya terminado. Ninguna herramienta de jardín debe retirarse del jardín por ningún motivo.

- If you are the last gardener to leave, lock the gate properly. If there are other people present when you leave the garden, check that another gardener will lock up.

  Si usted es el último jardinero en irse, cierre la puerta correctamente. Si hay otras personas presentes cuando salga del jardín, verifique que otro jardinero encierre.

- No fires or barbecues in the garden.

  No hay fuegos o barbacoas en el jardín.

- The use of the garden as a residence of any domestic animal is not permitted.

  No se permite el uso del jardín como residencia de ningún animal doméstico.

- No vehicles are permitted in the garden with the exception of deliveries.

  No se permiten vehículos en el jardín con la excepción de las entregas.

- No uncovered water containers are permitted.

  No se permiten recipientes de agua descubiertos.

- In accordance with GreenThumb rules, no amplified music can be played without prior permission.

  De acuerdo con las reglas de GreenThumb, no se puede reproducir música amplificada sin permiso previo.

- Keep safety first and foremost in mind when visiting and participating in the garden.

  Tenga en cuenta la seguridad ante todo cuando visite y participe en el jardín.

- If you witness any illegal activity or feel endangered you should contact city authorities.
  Si presencia alguna actividad ilegal o se siente en peligro, debe comunicarse con las autoridades de la ciudad.


## Best Practices & Guidelines
These guidelines will help ensure that our space remains friendly and open to all.
**Mejores prácticas y pautas**
Estas pautas ayudarán a garantizar que nuestro espacio siga siendo amigable y abierto para todos.

- If you have extra harvest, please consider sharing it with the community. Organize a potluck or dinner!
  Si tiene cosecha extra, considere compartirla con la comunidad. ¡Organiza una comida compartida o una cena!
- Stay Alert. Get to know your neighbors. Be aware of who is in the garden to help prevent theft and ensure safety for one another and the property of the garden.
  Manténgase alerta. Conozca a sus vecinos. Tenga en cuenta quién está en el jardín para ayudar a prevenir robos y garantizar la seguridad de los demás y de la propiedad del jardín.
- Keep your plot planted, weeded, watered and harvested.
  Mantenga su parcela plantada, deshebrada, regada y cosechada.
- Keep the area around your bed free of weeds.
  Mantenga el área alrededor de su cama libre de malezas.
- Deal swiftly with any disease or pests in your plot before they spread to your neighbor's beds. Updates about pests will be posted regularly on the shed – please review and act on these notices. If you need help, ask a fellow gardener.
  Trate rápidamente cualquier enfermedad o plaga en su parcela antes de que se propague a las camas de su vecino. Las actualizaciones sobre plagas se publicarán regularmente en el cobertizo; revise y actúe de acuerdo con estos avisos. Si necesita ayuda, pregúntele a un compañero jardinero.
- If you will be away for more than a few days, ask another garden member to care for your plot.
  Si estará fuera por más de unos pocos días, pídale a otro miembro del jardín que cuide su parcela.
- Tomato cuttings or other diseased plant cuttings must be bagged and removed from the garden. Please do not put them in the compost bin or trash bins.
  Los esquejes de tomate u otros esquejes de plantas enfermas deben embolsarse y retirarse del jardín. Por favor, no los ponga en el contenedor de compost o contenedores de basura.
- Weeds or other non-diseased plant material should be placed in separate containers besides compost bins. There will be separate containers for browns, weeds, and compost. Cut up larger branches. Ask a fellow gardener if you're not sure what material belongs in which bin.
  Las malas hierbas u otro material vegetal no enfermo deben colocarse en recipientes separados además de los contenedores de compost. Habrá contenedores separados para marrones, malezas y compost. Corta las ramas más grandes. Pregúntele a un compañero jardinero si no está seguro de qué material pertenece a qué contenedor.
- Do your best to contribute to the ongoing community projects in the garden.
  Haz tu mejor esfuerzo para contribuir a los proyectos comunitarios en curso en el jardín.

## Suspension / Revocation of Membership

**<u>Conflicts and Disputes Section:</u>** **The bylaws mention major violations and that "*a garden member may be immediately expelled from the garden and membership can be revoked without possibility for reinstatement.*" GreenThumb is not supportive of life-time bans, especially as these are public open spaces. There should be some way for people to re-apply for membership.**

LINK: 📄 guidelines Conflict Resolution Committee note from laura: unsure if this was in use

The Sunset Garden reserves the right to deny or revoke Garden membership to any person or people whose behavior is deemed:

**Suspensión / Revocación de Membresía**

The Sunset Garden se reserva el derecho de negar o revocar la membresía de Garden a cualquier persona o personas cuyo comportamiento se considere:

- In violation of the Garden rules, bylaws, and/or GreenThumb's License Agreement
  En violación de las reglas del jardín, los estatutos y/o el Acuerdo de licencia de GreenThumb
- In violation of City, State, and/or Federal law
  En violación de la ciudad, el estado y/o la ley federal
- Destructive to or theft of the garden property, plants, tools, furniture, plots, and amenities
  Destrucción o robo de la propiedad del jardín, plantas, herramientas, muebles, parcelas y comodidades
- Disruptive or abusive of the peace and wellbeing of the garden, its members, and/or the public (i.e verbal altercations, hate speech, sexual harassment, etc.)
  Perturbador o abusivo de la paz y el bienestar del jardín, sus miembros y/o el público (es decir, altercados verbales, discurso de odio, acoso sexual, etc.)
- Unauthorized duplication / distribution of the garden key
  Duplicación/distribución no autorizada de la llave del jardín
- Unauthorized changing of the garden lock
  Cambio no autorizado de la cerradura del jardín
- Other offenses as determined by the Membership/Conflict Resolution Committee and/or Leadership
  Otras ofensas según lo determine el Comité de Membresía/Resolución de Conflictos y/o Liderazgo

Depending on severity, membership may be suspended for a season or revoked without the possibility for reinstatement.

Dependiendo de la gravedad, la membresía puede suspenderse por una temporada o revocarse sin posibilidad de reincorporación.

For minor violations (such as harvesting without permission, etc.)  a member or members of the Membership/Conflict Resolution Team will meet with the garden member to discuss the matter and will try to come to a resolution at that time.  A written summary of the discussion will be provided by the Committee to the garden member post-discussion.  Members will be allowed at least three 'strikes' for  minor violations before suspension is considered.  Suspensions of memberships will last for a growing season.  Prior to reinstatement, the suspended member must meet with members of the Membership/Conflict Resolution to review the garden's by-laws, rules, and best practices as well as re-sign all agreements.

Para infracciones menores (como cosechar sin permiso, etc.) un miembro o miembros del Equipo de Membresía/Resolución de Conflictos se reunirán con el miembro del jardín para discutir el asunto e intentarán

llegar a una resolución en ese momento. El comité proporcionará un resumen escrito de la discusión al miembro del jardín después de la discusión. A los miembros se les permitirán al menos tres "avisos" por infracciones menores antes de que se considere la suspensión. Las suspensiones de membresías durarán una temporada de crecimiento. Antes de la reincorporación, el miembro suspendido debe reunirse con los miembros de la Membresía/Resolución de conflictos para revisar los estatutos, las reglas y las mejores prácticas del jardín, así como volver a firmar todos los acuerdos.

For major violations (such as theft and assault), a garden member may be immediately expelled from the garden and membership can be revoked without possibility for reinstatement.  This will be at the discretion of the Membership/Conflict Resolution Committee and  in consultation with Leadership, when necessary.

En el caso de infracciones graves (como robo y asalto), un miembro del jardín puede ser expulsado inmediatamente del jardín y la membresía puede revocarse sin posibilidad de reincorporación. Esto será a discreción del Comité de Membresía/Resolución de Conflictos y en consulta con el Liderazgo, cuando sea necesario.

All decisions regarding membership suspensions or revocations will be the responsibility of the Membership/Conflict Resolution Committee and in consultation with Leadership, when necessary.

Todas las decisiones relacionadas con suspensiones o revocaciones de membresía serán responsabilidad del Comité de Membresía/Resolución de Conflictos y en consulta con el Liderazgo, cuando sea necesario.

### Amendments to the Bylaws
- **<u>Bylaws Amendments Section:</u> The process for amending the bylaws as written is unclear, including language on "*The Sunset Garden is still strictly conceptual.*" How a group amends its bylaws is critical and this should be clearly outlined in the document. Additionally, for the sake of transparency, the bylaws should include information on when they were adopted and amended.**

It is important to note, this document is dynamic and will grow with the garden.

### Modificaciones a los Estatutos
Es importante tener en cuenta que este documento es dinámico y crecerá con el jardín.

As of the writing of the initial bylaws, December of  2022, The Sunset Garden is still strictly conceptual, so the bylaws and garden rules, procedures, and practices will be revisited once the design is finalized.

A partir de la redacción de los estatutos iniciales, diciembre de 2022, The Sunset Garden sigue siendo estrictamente conceptual, por lo que los estatutos y las reglas, los procedimientos y las prácticas del jardín se revisarán una vez que se finalice el diseño.

Once the garden has been constructed, the bylaws will be revisited at least once a year during the Winter General Meeting.

Una vez que se haya construido el jardín, los estatutos se revisarán al menos una vez al año durante la Asamblea General de Invierno.

All amendments must be announced, on the garden's email list, on a bulletin board within the garden, the garden's social media platforms, and through a text blast.

Todas las enmiendas deben anunciarse en la lista de correo electrónico del jardín, en un tablón de anuncios dentro del jardín, en las plataformas de redes sociales del jardín y a través de un mensaje de texto masivo.

Copies of the new bylaws will be distributed to all members on the garden's email list, on a bulletin board within the garden, the garden's social media platforms, with printed copies distributed at the next general meeting and in the toolshed.

Se distribuirán copias de los nuevos estatutos a todos los miembros en la lista de correo electrónico del jardín, en un tablón de anuncios dentro del jardín, las plataformas de redes sociales del jardín, con copias impresas distribuidas en la próxima reunión general y en el cobertizo de herramientas.

---

## Documented Procedures / Procedimientos documentados

Below are The Sunset Garden's documented procedures.

A continuación se encuentran los procedimientos documentados de The Sunset Garden.

### Membership / Membresía clave

- Step 1: Contact a member of the Membership Committee, fill out membership form

  Paso 1: Póngase en contacto con un miembro del Comité de Membresía, complete el formulario de membresía
- Step 2: Sign copy of The Sunset Garden Bylaws & Rules Agreement

  Paso 2: Firme una copia del Acuerdo de estatutos y reglas de Sunset Garden
- Step 3: Pay $20 Fee (with exception for hardships)

  Paso 3: pague una tarifa de $ 10 (con excepción de las dificultades)
- Step 4: Receive Key

  Paso 4: Recibir clave
- Step 5a: Attend Annual Growing Season Kick-Off Meeting

  Paso 5a: Asistir a la reunión anual de inicio de la temporada de cultivo
- Step 5b:  Attend One Seasonal General Meeting

  Paso 5b: asistir a una reunión general estacional

### Core Membership / Membresía principal

*All of the above, plus: Todo lo anterior, más:*

- Step 1: Pick a Committee and contact a Committee Member or Representative

  Paso 1: elija un comité y comuníquese con un miembro o representante del comité
- Step 2: Attend at least 2 of the four general meetings

  Paso 2: Asistir al menos a 2 de las cuatro reuniones generales
- Step 3: Attend at least one-third of the Committee Meetings (4 out of 12 monthly meetings)

  Paso 3: Asistir al menos a un tercio de las Reuniones del Comité (4 de 12 reuniones mensuales)

**Margaret Nelson**
Deputy Commissioner
Public Programs and Community Engagement

T 212.360.1395   E Margaret.Nelson@parks.nyc.gov

**City of New York**
**Parks & Recreation**

The Arsenal
Central Park
New York, NY 10065
www.nyc.gov/parks

NYC Parks

# Exhibit H

May 5, 2025

Laura Merrick
266 Onderdonk Ave
Ridgewood, NY 11385

Luke Raithel
1853 Suydam
Ridgewood, NY 11385

Indalesio Tellez
1876 Hart Street
Ridgewood, NY 11385

**RE: Notice of Termination for License Agreement ("License") between the City of New York, acting by and through the New York City Department of Parks & Recreation ("Parks") and administered by Parks' GreenThumb Program Office ("GreenThumb"); and Sunset Community Garden ("Licensee"), for the operation of a GreenThumb Garden located at 1808 Willoughby Avenue on Block 3418, Lot 1 in the Borough of Queens (the "Garden").**

**PLEASE TAKE NOTICE** that Licensee has repeatedly failed to comply with Parks' directions to appropriately and timely address its violations of the License as further enumerated below.

**VIOLATIONS OF THE LICENSE:**

*Community Agreements*

In September 2024, Parks was alerted to the creation and publication of Community Agreements which, as written, acted as an ideological litmus test for visitors and potential members of the Garden. The Community Agreements were posted prominently on Licensee's Instagram page, and applicants were required to click a checkbox agreeing to the contents of such Community Agreements to move forward in the application process. Later that month, GreenThumb informed the Licensee that the Community Agreements were not compatible with the requirement for community gardens to have pathways for membership for all, and did not approve acceptance of the Community Agreements as a condition for membership. Following communications back and forth, Licensee removed the mandatory checkbox on the online membership form which stated: "Yes, I will honor the community agreements/Si, honrare los acuerdos comunitarios".

Despite this, the Community Agreements remained in outreach materials, such as on Licensee's Instagram page and Linktree. After repeated verbal communications regarding the contents of the Community Agreements, on March 25, 2025, GreenThumb sent a letter to Licensee further attempting to resolve the litmus test issue of the Community Agreements. GreenThumb stated that while it supported Licensee's efforts to create a set of principles and statements to create a welcoming, inclusive, and safe space for the entire Garden, Community Agreements could not include positions and statements on religious, spiritual, political, or philosophical beliefs, as any such statements could be perceived as a prerequisite for members of the public visiting the Garden and/or planning to join the Garden as dedicated members. GreenThumb requested that Licensee remove any reference to the Community Agreements while they work collaboratively to resolve the issues. GreenThumb further provided Licensee with options for incorporating the concept of the Community Agreements while not creating an ideological litmus test for membership.

GreenThumb requested that Licensee inform GreenThumb of how they wanted to move forward by April 1, 2025. Licensee informed GreenThumb that it wished to proceed with one of the options proposed by Greenthumb -namely, that Licensee would rename the "Community Agreements" to "Community Values" as a way of expressing principals held by certain Garden members, but not a requirement for membership. However, Licensee, in fact, did not remove the litmus test that the document had previously imposed. In fact, in the online membership form, Licensee continues to have the following information:

> "Please take a moment to read our Community Values[1] which our members have developed together to underscore our mission and shared values. **The garden strives to have members that align with our Community Values** and vision of the world we are building together." (emphasis added).[2]

On April 16, 2025, GreenThumb sent Licensee a final warning indicating that to remain in good standing with the License, Licensee must remove any reference of the Community Agreements and Community Values by Friday April 18, 2025, while GreenThumb and Licensee work collaboratively to resolve the issue of improper requirement for membership. This deadline was subsequently extended to Wednesday, April 23, 2025. In its letter, GreenThumb specified that if Licensee failed to take corrective action, Parks would be obligated to take additional measures, including terminating the License and revoking Licensee's access to the Garden. However, to date, Licensee has not complied with GreenThumb's request, and the Community Values remains an ideological litmus test to becoming a garden member.

The above actions by Licensee are a clear violation of the terms and conditions of the License. Indeed, Section 5(B)(vi) of the License states that "Licensee shall make membership of the Garden available to the public. Reasonable membership

---

[1] https://docs.google.com/document/d/10ifvn2jCwFoYPAuxNc4WVYcQ6xRZuf1t3FEUu1E0FUs/edit?tab=t.0
[2] https://docs.google.com/forms/d/e/1FAIpQLScOmNcLSnnWQW9rtXkud2ljJVG9RDLaIt8JVulHrcbe0TNCIg/viewform

requirements, as determined by GreenThumb, shall be defined by each Licensee. Membership shall not be denied to any resident of the City of New York based on any reason set forth in Section 6H herein or based on where a prospective member may reside in relation to the Garden." Section 6(H) states: "Licensee shall not unlawfully discriminate against any person because of race, creed, religion, color, national origin, ethnic origin, age, gender, sex, disability, marital status, or sexual orientation. Licensee shall not restrict eligibility for membership or admission to the Garden or participation in any activity on the basis of race, creed, religion, color, national origin, ethnic origin, age, gender, sex, disability, marital status, or sexual orientation."

Licensee, by its continued action, is in violation of its License, as it does not make membership available to all members of the public. Moreover, GreenThumb has made multiple efforts to work collaboratively with the Licensee to create a set of values that reflect the Licensee's commitment to strengthening the foundation of the community garden as a welcoming, inclusive, and safe space, while keeping the garden, as public land managed by Parks, open to all.

*Temporary Public Outdoor Art Installation*

In November 2024, GreenThumb was informed that Licensee placed what Parks believed was a memorial in the Garden. GreenThumb communicated its policy on memorials, and informed Licensee that it could keep the memorial in the Garden for 30 days, per Parks policy. Licensee informed GreenThumb that the installation in the Garden was actually a work of art, created collaboratively by several artists, rather than a memorial. As such, GreenThumb informed Licensee in December 2024 that Licensee needed to submit temporary public artwork proposal to be reviewed by Parks' Art & Antiquities department ("Art & Antiquities")[3]. GreenThumb followed up with Licensee several times in January 2025 regarding its submission to Art & Antiquities. Licensee submitted its proposal at the end of January, and GreenThumb requested that Art & Antiquities expedite its review of Licensee's proposal. On February 7, 2025, Art & Antiquities sent Licensee paperwork to complete the process, including a Public Art License Agreement (the "Public Art License") that Licensee was required to sign.

Public Art Licensee Agreements are required to afford protection for both pieces of art and for the artists from safety and liability perspectives. Under these agreements, artwork is allowed to be displayed in a particular location for up to a year and can be displayed in a different borough for one additional year. Licensee stated that it wanted the artwork to be permanently featured in the Garden. Because this is not allowed under City[4] and Parks policy, GreenThumb proposed a number of other options that might help the Licensee find a permanent home for the artwork, including (1) permanently relocating the artwork to a local community organization; (2) permanently relocating it to a non-City community garden (GreenThumb proposed a specific garden that might be suitable); (3) signing the

---

[3] https://www.nycgovparks.org/art-and-antiquities/temporary-guidelines
[4] All permanent artworks proposed for City property either be commissioned through the Percent for Art Program, or follow a process that mimic's the program. This is a fair and open process which must include public input, a diverse list of artists, and an artist selection panel comprising of at least three independent art professionals and, if possible, a member of the Percent for Art staff.

current proposed agreement, and then relocating the artwork to another Parks location in a different borough for an additional year; (4) creating new artwork every year which would be permitted for up to a year, which would allow the Garden to function as an exhibition space for rotating artwork.

GreenThumb and Art & Antiquities followed up with Licensee repeatedly on the status of the outstanding issues for the artwork and on March 25, 2025, sent Licensee a letter reminding it of its requirement to sign the Public Art License. On April 3, 2025, GreenThumb sent a second letter on this issue, seeking compliance by April 10, 2025. In the letter, GreenThumb informed Licensee that failure to comply with the listed corrective actions would result in Licensee being require to remove the art installation from the Garden. If Licensee did not remove the artwork, Parks would do so. On April 16, 2025, GreenThumb sent its final follow-up letter giving Licensee until Friday, April 18, 2025 to sign the Public Art License which would bring the existing artwork into compliance with City and Parks' policy. GreenThumb subsequently extended the deadline to Wednesday, April 23, 2025. To date, Licensee has not signed the Public Art License or removed the art installation.

Licensee's actions in this regard represent another clear violation of the terms and conditions of the License. Specifically, under Section 5(B)(iii) of the License, Licensee must comply with Parks and GreenThumb rules, regulations, and guidelines, including the GreenThumb Gardeners' Handbook. Furthermore, under Section 6(B): No permanent structures or murals or other permanent works of art may be built in the Garden without prior written permission from GreenThumb and, where applicable, the New York City Department of Buildings and/or the New York City Public Design Commission.

Licensee clearly did not receive prior written permission to install permanent artwork in the Garden. Furthermore, it did not comply with Parks guidelines, which require artwork to be placed subject to the Public Art License Agreement. As such, Licensee is in violation of its License. GreenThumb has worked tirelessly to speed up the approval process from Art & Antiquities and to ensure that the artwork be legally allowed in the Garden. When Licensee stated that it wanted the artwork to be displayed permanently, GreenThumb provided a list of alternatives for Licensee. However, Licensee has refused to comply with its requirements or seek alternative solutions and seemingly intends on remaining in breach of the License.

**TAKE FUTHER NOTICE** that Paragraph 7(E) of the License states, "Notwithstanding the above, the License is terminable at will by the Commissioner in his or her discretion or by DOE at any time, and Licensee shall have no recourse of any nature whatsoever by reason of such termination. Licensee must vacate the site within 30 days of Notice of Termination."

Furthermore, the GreenThumb Handbook warns that while GreenThumb staff will work with garden groups to rectify any issues that may result in not being in good standing, garden groups that are determined by GreenThumb to be unwilling to address and rectify

violations will be at risk of having their License terminated and their access to the garden revoked.

GreenThumb has made repeated efforts to assist Licensee in complying with its License, and City and Parks rules, regulations, and guidelines, all while working to find solutions for Licensee. Despite this, Licensee is unwilling to compromise to be in compliance with the License, and has indicated that it will continue to violate its License. Given this, Commissioner hereby terminates the License.

**<u>TAKE FUTHER NOTICE</u>** that Licensee must vacate the Garden within 30 days of this Notice of Termination.

Thank you for your cooperation and immediate attention to this matter.

Sincerely,

Margaret Nelson
Deputy Commissioner of Public Programs and Community Engagement

Cc:    John T. Shea, Chief Executive Officer, New York City Department of Education
       Carlos Martinez, Chief of NYC Parks GreenThumb
       Jennifer Gutierrez, Council Member, Council District 34
       Anya Lehr, Chief of Staff, Council District 34
       Gary Giordano, District Manager, Queens Community Board 5

# Exhibit I

**From:** Maya Marie <mayamarie@deeproutes.org>

**Date:** April 24, 2025 at 9:52:45 AM EDT

**To:** Indalesio Tellez <indalesio.tellez@yahoo.com>

**Subject: Re: Invite to Speak on National GrowTogether Panel June 7th**


Thanks for sharing what's been happening recently. The NY post article is disgusting, and it's disturbing to hear things have escalated to the point of a sacred altar/artwork being penalized and forcibly removed (although I'm really confused about the lease thing, I've never heard of that being a thing in gardens, but I donno). And what's happening with the council member and neighbor sounds like a gross overreach.


As for the panel, I was beginning to get frustrated and feel icky about proceeding with the session for a number of reasons, but especially when the panel began to be micromanaged without reason. I don't know exactly what direction they were trying to go with this since it seemed like they were initially coming to me for direction, I only have my speculations and concerns.


Anyways, if you want to talk more I have some availability tomorrow afternoon and Sunday, my number is 347-785-6890.

On Tue, Apr 22, 2025 at 8:39 AM Indalesio Tellez <indalesio.tellez@yahoo.com> wrote:

Holis Maya,


I'm really disheartened to hear about the cancellation of the session. I am curious as to what direction they are aligned with and to be honest I'm pretty concerned about the cancellation of this specific session.


As of recent, Sunset Garden and Greenthumb have been going back n forth about how a certain zionist transphobic neighbor is upset by our pro-Palestine + Cecilia Gentili altar (that was gifted to us by some community members) - this neighbor went as far as having nyp write a very violent and misinformed article on Sunset Garden and is personally complaining to Council Member Bob Holden who is pressing down on park commissioners,

nyc parks and Greenthumb who then is applying these rhetoric pressures onto Sunset.

Currently if we don't sign a 1 year long lease by this Wednesday 4/24 for our tiny art installation they will come in and remove Santa Cecilia's altar and give us a another violation. It's really a shame and upsetting to have to focus on this instead of the growing season that is upon us.

I just wanted to share a small bit of what's been unfolding with Sunset garden for the past few months.

I appreciate your support and love, muchas gracias!

Indalesio

they/m

> On Apr 18, 2025, at 7:49 PM, Maya Marie <mayamarie@deeproutes.org> wrote:
>
> Hi Indalesio,
>
> I was hoping to be following up about a prep call but unexpectedly the conference committee is operating in a direction that isn't in alignment with what I was envisioning for the panel, so unfortunately the session is being cancelled.
>
> I'm really sorry and hope somehow I can uplift you and the other panelists' work in the future, also hoping we can stay connected otherwise!
>
> With warmth,
>
> Maya

On Mon, Apr 14, 2025 at 7:39 PM Indalesio Tellez <indalesio.tellez@yahoo.com> wrote:

Holis Maya,

Wow, what an honor >.< thank y'all so much for inviting and thinking of me for this moment, I'd love to confirm my attendance and really excited to be a part of this conference!

If you're looking for anymore panelists, I could share some homies who've been pillars in the work that I've come to be apart of and honestly wouldn't have grown as much without their guidance!

Cris Izaguirre - farmercris12@gmail.com

Camille Camayd - ccamayd@riseboro.org

Vianca Lugo - Vianca@farmschool.org

Looking forward for the brief prep call and will make sure to have any questions ready (:

Muchísimas gracias y bendiciones,

Indalesio

they/m

On Apr 14, 2025, at 6:00 PM, Maya Marie <mayamarie@deeproutes.org> wrote:

Hi Indalesio,

Hope you're doing well, all things considered! I'm reaching out to invite you to be a panelist for a conversation I'm looking to hold with LGBTQ+/queer growers at this year's National GrowTogether conference on Saturday, June 7th, at the CUNY Graduate Center in Manhattan.

Below is a tentative title & description *(although I'm open to edits as I'm hoping to shape the conversation with confirmed panelists)*:

> ***A Place of Refuge: Cultivating Queer Community in Growing Spaces*** -
>
> *For many land stewards who chose to be in partnership with our ecosystem, cultivation takes on multiple meanings and forms. This is certainly the case for land stewards who are a part of the LGBTQ+ community who not only carefully tend to plant life but also carry on the tradition of cultivating spaces where queer people can freely express themselves, envision new worlds, celebrate, mourn, organize and feed one another. In this panel we'll speak with farmers and community gardeners about the meaning, importance, and challenges of leading growing places where queer communities can thrive as well as what more can be done, and what the future looks like.*

Greenthumb is offering a $200 honorarium to panelists, and I'm aiming to confirm 2-3 additional panelists within the next couple weeks so that we can get together for a brief prep call in May. Is this something you'd be interested in participating in?

If so, please let me know by 4/25.

And if you have any questions I'm happy to schedule a phone call or respond via email.

Appreciate you considering this and looking forward to hearing from you.

With warmth,

Maya

--

Maya Marie S.

*(Pronouns: She/Her)* **About Me**

**About Deep Routes** | Support | Insta | Tik Tok



 Sent with Mailsuite  ·
Unsubscribe

**Exhibit J**



Exhibit K

3:10

< **39 Messages** ∧ ∨

alex.munoz@parks.nyc.gov

 **Alex Munoz**                    3/25/25
To: lkmerrick@gmail.c... & 4 more >

# Sunset Community Garden - Group Bylaws, Community Agreements, and Temporary Public Art Installation

Sunset Community Garden Members,
On behalf of NYC Parks, please find the attached letter regarding the Group Bylaws, Community Agreements, and Temporary Public Art Installation, with a deadline included of April 1st. For reference, I am also attaching a previous email regarding the bylaws from September 30th, 2024. I am also CCing your Community Engagement Coordinator, Valery Zorrilla.

Regards,
**Alex Munoz**
Assistant Director of Community Engagement
GreenThumb
T   212-602-5304
E   alex.munoz@parks.nyc.gov
Follow GreenThumb on: Facebook | Twitter | Instagram | YouTube

 **Sunset Community Garden Letter - 032525.pdf**
310 KB

3:08

Exhibit K

**Alex Munoz**                                    3/28/25
To: lkmerrick@gmail.com & 4 more... >

Good afternoon all,
Following up on the below and the letter and
deadline that was sent. On behalf of NYC
Parks, I also wanted to reiterate the April 1st
deadline that was included.

Should you have any additional questions
regarding the letter, options provided, etc, we
kindly ask that you reply all and include them
in this thread so that we can work to obtain
official responses quickly. Will try to help as
much as possible. It may also be worthwhile
to have the garden group call for a meeting
this weekend to discuss the letter and
remaining issues.

I will try to attend the later end of Sunday's
event at the garden.

Regards,
**Alex Munoz**
Assistant Director of Community Engagement
GreenThumb
T   212-602-5304
E   alex.munoz@parks.nyc.gov
**Follow GreenThumb on:** Facebook | Twitter | Instagram |
YouTube

Found in Ridgewood Garden Mailbox

Exhibit K

**LM**  **Laura Merrick**                          3/28/25
        To: Alex & 4 more... >

Thanks Alex, we received your email and are reviewing it!
Have a great weekend.

Sent from my iPhone

> On Mar 28, 2025, at 2:02 PM, Munoz, Alex (Parks) <Alex.Munoz@parks.nyc.gov> wrote:
>
>
> Good afternoon all,
> Following up on the below and the letter and deadline that was sent. On behalf of NYC Parks, I also wanted to reiterate the April 1st deadline that was included.
>
> Should you have any additional questions regarding the letter, options provided, etc, we kindly ask that you reply all and include them in this thread so that we can work to obtain official responses quickly. Will try to help as much as possible. It may also be worthwhile to have the garden group call for

3:09

39 Messages

**Sunset Community G...**

Found in Ridgewood Garden Mailbox

**LM**   **Laura Merrick**                    4/1/25

**To:** Alex & 4 more... >

Hi Alex,

Thanks again for your email. We are
reviewing it with our attorney and will get
back to you with a response. We have also
been waiting for a response from two emails
regarding some of these matters, attached
here.

Thanks,
Laura

✉  **Request for Sunset
Community Garden.eml**
2 KB                                          ⤓

✉  **Art Installation- Signature
needed.eml**
632 KB                                        ⤓

See More                                      ↩

Found in Ridgewood Garden Mailbox

**Alex Munoz**                                    4/1/25
To: Laura & 4 more... >

Thank you! We've received your communication and
are working to receive a response to share. In the
meantime, a reminder on today's deadlines
regarding the Community Agreements options and
the fire pit.

Regards,
**Alex Munoz**
Assistant Director of Community Engagement
GreenThumb
T  212-602-5304
E  alex.munoz@parks.nyc.gov
**Follow GreenThumb on:** Facebook | Twitter | Instagram |
YouTube

**CAUTION! EXTERNAL SENDER.** Never click on links or
open attachments if sender is unknown, and never
provide user ID or password. If **suspicious**, report this
email by hitting the **Phish Alert Button**. If the button is
unavailable or you are on a mobile device, forward as an
attachment to phish@oti.nyc.gov.

Thanks Alex, we received your email and are
reviewing it!
Have a great weekend.

Sent from my iPhone

attachment to
phish@oti.nyc.gov<mailto:phish@oti.nyc.gov>.

Hi Alex,

We already sent out the info about the fire policy to the membership and copied Valery. Will send a picture of the garden later.

The previous email was about the community agreements. We are reviewing it with our lawyer and will respond once we have done so and are able to discuss with membership.

The 6 day deadline at the end of the month when people are moving, giving a lot of time towards organizing important events for the community like the Trans Day of Visibility event, and generally living life and caring for families and children, is not a realistic time frame to change a document that took over half a year to create.

Thanks!
Laura

Sent from my iPhone

> On Apr 1, 2025, at 10:14 AM, Laura
Merrick <lkmerrick@gmail.com> wrote:

**Exhibit K**

On Apr 1, 2025, at 1:47 PM, Munoz, Alex (Parks) <Alex.Munoz@parks.nyc.gov> wrote:

Thanks, Laura, much appreciated.

I did want to clarify that the deadline is not to change the document, but to "send us an update on which direction the community garden group would like to move in for the revision of the Community Agreements by April 1."

Sorry if that wasn't clearer!

Regards,

Alex

-----Original Message-----
From: Laura Merrick <lkmerrick@gmail.com>
Sent: Tuesday, April 01, 2025 12:56 PM
To: Munoz, Alex (Parks)

Exhibit K

See More                                    ↩

---

**Found in Ridgewood Garden Mailbox**                📁

---

(LR)  **Luke Raithel**                        4/4/25
      To: Alex   Cc: Laura & 3 more... ›

---

Hello Valery & Alex --

Our garden members have been discussing
the options presented and are leaning
toward option 2 and changing the word
'agreements' to something else.

> On Thu, Apr 3, 2025 at 12:13 PM Munoz,
> Alex (Parks) <Alex.Munoz@parks.nyc.gov>
> wrote:

> Thanks, Laura. Acknowledged. Carlos is finding
> times in his schedule to suggest for a meeting.
> Hope to have some suggested days/times later
> today!

> Regards,

> Alex Munoz

Exhibit K

Found in Ridgewood Garden Mailbox   🗀

**AM**   From: **Alex Munoz** ›
To: **Luke Raithel** ›
Cc: **Laura Merrick** ›
indalesio.tellez@yahoo.com ›
onderdonk.garden@gmail.com ›
**Valery Zorrilla** ›
April 4, 2025 at 1:25 PM

Thank you! Acknowledged.

Best,
Alex

> On Thu, Apr 3, 2025 at 12:13 PM Munoz,
> Alex (Parks) <Alex.Munoz@parks.nyc.gov>
> wrote:

Thanks, Laura. Acknowledged. Carlos is finding
times in his schedule to suggest for a meeting.
Hope to have some suggested days/times later
today!

Regards,
**Alex Munoz**
Assistant Director of Community Engagement
GreenThumb
T  212-602-5304
E  alex.munoz@parks.nyc.gov
**Follow GreenThumb on:** Facebook | Twitter | Instagram |
YouTube



**Exhibit L, NY Post July 19, 2025**

**Real G**
10m ago

Weed killer will stop the Moos lum festation
*(Edited)*

Reply · 👍 · ↥

---

**RG** **Real G** ···
13m ago

Apply some powerful weed killer and problem solved (directly upon the Savagastinians) *(Edited)*

Reply · 👍 · ↥                    5:23 PM ✓✓

---

**JB** **Johnny Bagadonuts** ···
7h ago

what a sickening place. bulldoze it.

Reply · 👍 41 · ↥

---

**H** **Holdonurcommentiswaitingforappr** ···
6h ago

How about some texts for Tehran - IDF style?

Reply · 👍 9 · ↥                      5:23 PM ✓✓

---

**AF** **Athos Count de la Fère** ···
4h ago

You know what I like? Gasoline and matches. It's great for removing weeds.

Reply · 👍 3 · ↥          5:23 PM ✓✓

---

**I** **Ironhores05148** ···
2h ago

Table cloth heads and sarin gas go together

Reply · 👍 1 · ↥

**T** **ThedudeVan**    •••

1d ago

Kilemall

Reply  ·  👍 3  ·  ⬆

**T** **ThedudeVan**    •••

1d ago

Replying to ThedudeVan

And their families that support them and their terrorism.

Reply  ·  👍 3  ·  ⬆

**MC** **Mitch Cumstein**    •••

1w ago

I'll personally pay $5000 to anyone who uses a black thumb on the garden

Reply  ·  👍 1  ·  ⬆



**SUNSET GARDEN COMMUNITY VALUES**

*A living, expanding and evolving document, developed through group surveys, virtual meetings, open hours availability for discussion, and opportunities to submit feedback anonymously and in person. Sunset Garden members are committed to revisit these values on a regular (annual?) basis or as needed to ensure members are heard and voices are uplifted.*
*Last updated May 2024*

*VALORES COMUNITARIOS DE SUNSET GARDEN*
*Un documento vivo, en expansión y en evolución, desarrollado a través de encuestas grupales, reuniones virtuales, disponibilidad de horarios abiertos para la discusión y oportunidades para enviar comentarios de forma anónima y en persona. Les miembres de Sunset Garden se comprometen a revisar estos valores de forma regular (¿anual?) o según sea necesario para garantizar que los miembros sean escuchados y sus voces sean elevadas.*
*Última actualización junio de 2024*


**Introduction:**
Sunset Garden is a space for folks to connect with plants, the earth, community, and with themselves. Located on the intersections of Lenapehoking, Merrick, Canarsie, Rockaway, and Matinecock lands, the garden is intended as a space for healing, growth, and nourishment. The purpose of this document is to define our values for the community and set clear definitions of the culture of this collective stewardship.

Sunset Garden es un espacio para que las personas se conecten con las plantas, la tierra, la comunidad y consigo mismos. Ubicado en las intersecciones de las tierras de Lenapehoking, Merrick, Canarsie, Rockaway y Matinecock, el jardín está pensado como un espacio para la curación, el crecimiento y la nutrición. El propósito de este documento es definir nuestros valores para la comunidad y establecer definiciones claras de la cultura de este cuidado colectivo.

Sunset Garden stands in solidarity with the oppressed and marginalized people in our own neighborhood, and across the globe, especially Palestine, Congo, Sudan, Hawaii, and Borikén, as well as with land and water defenders globally. Active genocides, ecocide, the rise in climate disaster and refugees, victims of class warfare, and others, are a direct cause for action in our collective liberation against human rights and environmental justice violations.

Sunset Garden se solidariza con las personas oprimidas y marginadas en nuestro propio vecindario y en todo el mundo, especialmente Palestina, Congo, Sudán, Hawái y Borikén, así como con los defensores de la tierra y el agua a nivel mundial. Los genocidios activos, el ecocidio, el aumento de los desastres climáticos y los refugiados, las víctimas de la guerra de clases y otros, son una causa directa de acción en nuestra liberación colectiva contra las violaciones de los derechos humanos y la justicia ambiental.

We cannot in good faith offer a land acknowledgment without acknowledging the multiple genocides happening right now across the globe. We recognize that we are on stolen land, our neighborhood is undergoing gentrification, our communities and ancestors have endured constant displacement, and that garden stewardship is deeply connected to these intersecting histories and movements for land access.

No podemos ofrecer de buena fe un reconocimiento de tierras sin reconocer los múltiples genocidios que están ocurriendo actualmente en todo el mundo. Reconocemos que estamos en tierras robadas, que nuestro vecindario está sufriendo gentrificación, que nuestras comunidades y ancestros han soportado desplazamientos constantes y que la administración de los jardines está profundamente conectada con estas historias y movimientos que se cruzan por el acceso a la tierra.

Sunset Garden is in the politically designated New York City, but we also acknowledge this as the homeland of the Lenapehoking, Merrick, Canarsie, Rockaway, and Matinecock nations, who were violently displaced as a result of European settler colonialism over the course of 400 years.

Sunset Garden se encuentra en la ciudad políticamente designada de Nueva York, pero también la reconocemos como la patria de las naciones Lenapehoking, Merrick, Canarsie, Rockaway y Matinecock, que fueron desplazadas violentamente como resultado del colonialismo de los colonos europeos a lo largo de 400 años.

In this garden we recognize that these harms are intrinsically linked to the industrial growth society and we are consciously creating an alternative to this system. We work collectively to free ourselves and our planet from the damage it inflicts. We collaborate on behalf of life, planting seeds for the future.

En este jardín reconocemos que estos daños están intrínsecamente vinculados a la sociedad de crecimiento industrial y estamos creando conscientemente una alternativa a este sistema. Trabajamos colectivamente para liberarnos a nosotros mismos y a nuestro planeta del daño que inflige. Colaboramos en pro de la vida, plantando semillas para el futuro.

We uphold the principles of food sovereignty. We draw up the history of the community garden movement in NYC that was a QTBIPOC led initiative to restore public spaces for producing food, for oneself, community and the neighborhood and building active solidarity spaces. We envision the garden to be part of the move to taken back control of our food systems, seeds, knowledge, healing practices and move away from the agro-industrial food complex.

Defendemos los principios de la soberanía alimentaria. Elaboramos la historia del movimiento de huertos comunitarios en Nueva York que fue una iniciativa liderada por QTBIPOC para restaurar espacios públicos para la producción de alimentos, para uno mismo, la comunidad y

el barrio y construir espacios activos de solidaridad. Visualizamos el jardín como parte del movimiento para recuperar el control de nuestros sistemas alimentarios, semillas, conocimientos y prácticas curativas y alejarnos del complejo alimentario agroindustrial.

## General agreements:

- Respect comes first
- Don't yuck someone else's yum
- Allow learning moments
- Speak from "I" not "we"
- Intention vs Impact
- Listen to receive, not to retaliate
- Think/Reflect beyond borders
- Don't call people out, call them in

**Acuerdos generales:**

- eE respeto es lo primero
- No le asquees el rico a otra persona
- Permitir momentos de aprendizaje
- Habla desde "yo" y no desde "nosotres"
- Intención vs Impacto
- Escuchar para recibir, no para tomar represalias
- Pensar/Reflexionar más allá de las fronteras
- No llames a la gente afuera, llámalos adentro

The following Community Agreements were created by Sunset Garden members to support a safe space for all folks to be in relationship with the land. We invite all Sunset Garden visitors to honor these principles with us. All members agree to uphold the following commitments in order to maintain membership status.

Los siguientes acuerdos comunitarios fueron creados por miembros de Sunset Garden para apoyar un espacio seguro para que todas las personas tengan una relación con la tierra. Invitamos a todos los visitantes de Sunset Garden a honrar estos principios con nosotros. Todos los miembros aceptan cumplir los siguientes compromisos para mantener el estado de membresía.

***We are open to receiving feedback and questions about these commitments at any time.***

***Estamos abiertos a recibir comentarios y preguntas sobre estos compromisos en cualquier momento.***

1. **The Garden members are aware that we have a big responsibility to the land, and that our actions impact each other as well as the habitats we strive to co-create.** **Los miembros del Jardín son conscientes de que tenemos una gran responsabilidad con la tierra y que nuestras acciones tienen un impacto mutuo y también en los hábitats que nos esforzamos por cocrear.**

2. **The Garden engages in practices that show our respect for the land**, with an understanding that land stewardship is a deep honor. This is displayed through sustainable growing practices, avoiding chemical fertilizers and pesticides, planting for pollinators, using native plants, harvesting only what is needed and in a way that also protects the plants. We treat plants, animals, insects, fungi, microbes, water, and the land itself, as equally important as humans in this ecosphere, and strive to do what's best for all.

   The Garden participa en prácticas que muestran nuestro respeto por la tierra, entendiendo que la administración de la tierra es un profundo honor. Esto se demuestra a través de prácticas de cultivo sostenibles, evitando fertilizantes y pesticidas químicos, plantando para polinizadores, utilizando plantas nativas, cosechando solo lo que se necesita y de una manera que también proteja las plantas. Tratamos a las plantas, los animales, los insectos, los hongos, los microbios, el agua y la tierra misma como tan importantes como los humanos en esta ecosfera, y nos esforzamos por hacer lo mejor para todos.

3. **We're committed to a practice of growth, self-reflection & self-awareness**. We all enter this space carrying various degrees of privilege related to race, class, gender, sexuality, ability, etc which influence our beliefs, actions and behaviors. We seek to understand how our words and behaviors can have a harmful impact despite our best intentions, and act to minimize and repair harm.

   Estamos comprometidos con una práctica de crecimiento, autorreflexión y autoconciencia. Todos ingresamos a este espacio con diversos grados de privilegios relacionados con la raza, la clase, el género, la sexualidad, la capacidad, etc., que influyen en nuestras creencias, acciones y comportamientos. Buscamos comprender cómo nuestras palabras y comportamientos pueden tener un impacto dañino a pesar de nuestras mejores intenciones, y actuar para minimizar y reparar el daño.

4. **In the garden we uplift our community members that are the most oppressed within the bounds of capitalism and colonialism.** We center and celebrate our Queer, Trans, Disabled, Chronically Ill, Femme, Poor, Immigrant, Refugee, Fat Bodies and Richly Melanated community. We are committed to being a Safe and Brave space and a sanctuary for all of our BIPOC kin. We do not tolerate anything less from our garden members or their guests.

   En el jardín elevamos a los miembros de nuestra comunidad que son los más oprimidos dentro de los límites del capitalismo y el colonialismo. Centramos y celebramos a nuestra comunidad queer, trans, discapacitada, con enfermedades crónicas, femenina,

pobre, inmigrante, refugiada, con cuerpos gordos y ricamente melanizada. Estamos comprometidos a ser un espacio seguro y valiente y un santuario para todos nuestros familiares BIPOC. No toleramos nada menos de los miembros de nuestro jardín o de sus invitados.

5. **We commit to interrupting violent behavior or rhetoric** that expresses all forms of hate (such as homophobic, transphobic, sexist, ableist, fatphobic, xenophobic, Zionist, antisemitic, nationalist and/or racist beliefs etc.) in order to preserve a safer space built on trust, respect and self-awareness. This is not the space to shame or bully anyone based on identities or appearances.

   Nos comprometemos a interrumpir el comportamiento violento o la retórica que exprese todas las formas de odio (como creencias homofóbicas, transfóbicas, sexistas, capacitistas, fatófobas, xenófobas, sionistas, antisemitas, nacionalistas y/o racistas, etc.) para preservar un espacio más seguro basado en la confianza, el respeto y la autoconciencia. Este no es el espacio para avergonzar o intimidar a nadie basándose en identidades o apariencias. .

6. **We challenge the binary:** We create a culture of belonging by actively disrupting binary thinking that limits the possibilities of coexistence of life forms big and small within the ecology of the garden. We don't assume a plant is a weed, when it could offer medicine. With each other, we don't assume anyone's gender identity, sexual preference, survivor status, economic status, immigration or documentation status, background, health, etc. We invite curiosity & dialogue. We use people's correct pronouns, and ask if we are unsure.

   Desafiamos lo binario: creamos una cultura de pertenencia al alterar activamente el pensamiento binario que limita las posibilidades de coexistencia de formas de vida grandes y pequeñas dentro de la ecología del jardín. No damos por hecho que una planta sea una mala hierba cuando podría ofrecer medicina. Entre nosotros, no asumimos la identidad de género, preferencia sexual, estatus de sobreviviente, estatus económico, estatus migratorio o de documentación, antecedentes, salud, etc. de nadie. Invitamos a la curiosidad y al diálogo. Usamos los pronombres correctos de las personas y preguntamos si no estamos seguros.

7. **We learn from mistakes:** We challenge white supremacist values of perfectionism by acknowledging that mistakes are ok and recognize the value of people's work and efforts. Mistakes can lead to growth if they are met with accountability, respectful inquiry and commitment to learning. We encourage each other (throw glitter not shade) and offer support to build new skills when necessary. Our collaboration is based on mutual learning, and the belief that "No one knows everything. But together, we know a whole lot.

   Aprendemos de los errores: desafiamos los valores de perfeccionismo de los supremacistas blancos al reconocer que los errores están bien y reconocemos el valor del trabajo y los esfuerzos de las personas. Los errores pueden conducir al crecimiento

si se abordan con responsabilidad, investigación respetuosa y compromiso con el aprendizaje. Nos animamos unos a otros (tiramos brillantina, no sombra) y ofrecemos apoyo para desarrollar nuevas habilidades cuando sea necesario. Nuestra colaboración se basa en el aprendizaje mutuo y en la creencia de que "Nadie lo sabe todo, pero juntos sabemos mucho.

8. **We practice giving and asking consent:** Consent is crucial to maintaining a safer space for everyone working and visiting the garden. We practice asking for and giving consent that centers the agency to decide for ourselves what is best and right for us at any given time. The examples below are referencing RockSteady Farm's Community Agreements & reflect our values.

- Emotional labor: "Hey is it ok if I vent about my weekend during lunch?"
- Physical touch: "Can I give you a hug?"
- Information Sharing: "Can I post this photo of you harvesting carrots on our social media?"
- Feedback: "Can we check in about our miscommunication earlier?"
- We practice asking for and giving consent that centers the agency to decide for ourselves what is best and right for us at any given time.
- https://www.rocksteadyfarm.com/community-agreements

Practicamos dar y pedir consentimiento: el consentimiento es crucial para mantener un espacio más seguro para todos los que trabajan y visitan el jardín. Practicamos pedir y dar consentimiento que centra la agencia para decidir por nosotros mismos qué es lo mejor y lo correcto para nosotros en un momento dado. Los ejemplos a continuación hacen referencia a los acuerdos comunitarios de RockSteady Farm y reflejan nuestros valores.

Trabajo emocional: "Oye, ¿está bien si me desahogo de mi fin de semana durante el almuerzo?"

Toque físico: "¿Puedo darte un abrazo?"

Intercambio de información: "¿Puedo publicar esta foto tuya cosechando zanahorias en nuestras redes sociales?"

Comentarios: "¿Podemos informarnos antes de nuestra falta de comunicación?"

Practicamos pedir y dar consentimiento que centra la agencia para decidir por nosotros mismos qué es lo mejor y lo correcto para nosotros en un momento dado.

https://www.rocksteadyfarm.com/community-agreements

9. **We work together toward collective learning** of how to strengthen our garden membership community, and collective unlearning of ways of thinking and being that could violate the safety of persons, plants, and soil in the garden and other shared communities. We understand that conflict will arise when building an intentional community, and that meeting it with respect and restorative practices will benefit us all.

We invite v*arious learning styles and workflows* because there is no one right way to do things.

Trabajamos juntos para lograr el aprendizaje colectivo sobre cómo fortalecer nuestra comunidad de miembros del jardín y el desaprendizaje colectivo de formas de pensar y ser que podrían violar la seguridad de las personas, las plantas y el suelo en el jardín y otras comunidades compartidas. Entendemos que surgirán conflictos al construir una comunidad intencional y que enfrentarlos con respeto y prácticas restaurativas nos beneficiará a todos. Invitamos a varios estilos de aprendizaje y flujos de trabajo porque no existe una única forma correcta de hacer las cosas.

10. **The Garden is committed to sharing resources and abundance with members and the community**, and discourages disruptive behaviors such as theft, hoarding of resources, or destruction in the garden.

    El Jardín se compromete a compartir recursos y abundancia con los miembros y la comunidad, y desalienta comportamientos disruptivos como el robo, el acaparamiento de recursos o la destrucción en el jardín.


**CORE VALUES**

These are the most important values as identified by our garden members. If you are unsure of how to respond to an event or conflict; or you become aware you are reacting and not receiving, notice if your response is aligned with these values:

**Accessibility:** Barriers to access may be financial, physical, social, or cultural. Equity in accessibility is an important value for us to keep in mind as we share space in the garden. We can ask ourselves, how is my presence here inviting and welcoming to others? Am I taking up space in a way that makes it easy for others to feel included? Can I facilitate access for others through my own access and/or privilege?

**Accountability:** With accountability as a core value, mistakes aren't hidden, blame is not shifted, and trust is not lost. Instead, accountability breeds trust among members, mistakes are owned and corrected, and in the end, value is added for all stakeholders.

**Authenticity:** With authenticity as a core value, we create a space where all members feel safe to express their true identities and values and no one feels the pressure to conform or act otherwise as long as acting with authenticity causes no harm to others.

**Belonging:** With belonging as a core value we strive to foster a feeling of security and support when there is a sense of acceptance, inclusion, and purpose for all members.

Belonging means that people have a meaningful voice and the opportunity to participate in the design of the social and cultural institutions that shape their life. This means they have the right to both contribute and make demands upon society. So belonging requires power, access, and opportunity among all groups and individuals, which is not part of our current reality in the United States and many other parts of the world.

**Caring:** With caring as a core value we agree to treat each other and the land with kindness and understanding, appreciate the differences in others; show patience, and lean on empathy and understanding for others.

**Collaboration:** With collaboration as a core value we agree to listen and evolve together as a community, helping and supporting each other for the sake of our collective goal of honoring the land and our shared space. We do not shy away from hardship or conflict, and work together to create intentional community.

**Food sovereignty:** We support the local control of our garden's resources, such as land, water, seeds, and crops, and encourage using and sharing these resources in socially and environmentally sustainable ways. We believe in our community's ability to influence the quality and quantity of food that we consume by determining what we grow and distribute our harvest. We are committed to prioritizing those who have historically been most excluded from land access and ownership.

Resources:
Columbia Law Review: TOWARD NAKBA AS A LEGAL CONCEPT Rabea Eghbariah
https://perma.cc/L3US-9V8R
Resources"

Rock Steady Farm Community Agreements: https://www.rocksteadyfarm.com/community-agreements

# Glossary (more to come!)

**Perfectionism:** White supremacy culture often shows up when we work collectively, whether the group is white-led, predominantly white, people of color-led, or predominantly people of color. This Culture is powerful precisely because it is so present and at the same time so very difficult to name or identify. Perfectionist norms and standards include lack of appreciation for others' work, judging others by their mistakes, not slowing down to try to learn from conflict, responding defensively to new ideas, and zero sum either/or thinking. These ways of operating are damaging because they reinforce a way of engaging that limits growth and potential, heightens negative self talk, lowers morale, and impacts how we interact with the land and shared resources. Because we all live in a white supremacy culture, these characteristics show up in the attitudes and behaviors that we can undo by first acknowledging how and when these show up.

**Stewardship:** Environmental stewardship takes the form of restoring neglected and degraded plots of land, linked social and ecological systems implications of urban participatory environmental restoration and management initiatives, integrating environmental and social values in cities and other peopled landscapes (Hilary looking for a more accessible definition here, will add soon!)

The responsible use and protection of the natural environment through conservation and sustainable practices to enhance ecosystem resilience and human well-being.

Consent

Intention vs Impact

Community

# Exhibit N

**Exhibit N** *(handwritten/stamp in red)*

NYC Parks
GreenThumb

City of New York
Parks & Recreation
nyc.gov/parks/greenthumb

August 12, 2025

Laura Merrick
266 Onderdonk Ave
Ridgewood, NY 11385

Luke Raithel
1853 Suydam
Ridgewood, NY 11385

Indalesio Tellez
1876 Hart Street
Ridgewood, NY 11385

**RE: Notice to Vacate Sunset Community Garden located at 1808 Willoughby Avenue on Block 3418, Lot 1 in the Borough of Queens.**

**PLEASE TAKE NOTICE** that on May 5, 2025, Sunset Community Garden ("Licensee") Received a notice terminating the License Agreement ("License") between the City of New York, acting by and through the New York City Department of Parks & Recreation ("NYC Parks") and administered by the Parks GreenThumb Program Office ("GreenThumb"), and Licensee, for the operation of a GreenThumb Garden located at 1808 Willoughby Avenue on Block 3418, Lot 1 in the Borough of Queens (the "Garden"). In that notice, Licensee was given thirty (30) days to vacate the Garden.

On June 4, 2025, Licensee was granted a Temporary Restraining Order in New York Supreme Court, which paused the termination of the License. Since then, however, the Temporary Restraining Order has been lifted. As such, the termination of the License is effective, and Licensee must vacate the Garden.

**TAKE FURTHER NOTICE** that Licensee must vacate the Garden no later than Wednesday, September 3, 2025 at 5:00 PM.

Thank you for your cooperation and immediate attention to this matter.

Sincerely,

*Margaret Nelson (signature)*

Margaret Nelson
Deputy Commissioner of Public Programs and Community Engagement

Cc: Emma Vadehra, Chief Operating Officer
New York City Department of Education
Division of School Facilities
44-36 Vernon Boulevard, 5th Floor
Long Island City, NY 11101

New York City Department of Education
Office of the General Counsel
Attn: Commercial Unit
52 Chambers Street, Room 308
New York, NY 10007

Cc via email:
Jonathan Wallace
Jonathan.wallace80@gmail.com

# Exhibit O

**Mayor Adams Statement to New York Post in August 16, 2025 Article:**

"It is reprehensible that the current operators at Sunset Community Garden barred some of their fellow New Yorkers from a city-owned public space because of their beliefs — and specifically tried to bar those who believe in a state of Israel, which the overwhelming majority of Jews do."

"The Adams administration remains dedicated to stamping out hate wherever it is found," he said.

**NYPD Officer #2189 Shawn Phillips Comments:**



