UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNSET GARDEN OF RIDGEWOOD, INC., and INDALESIO TELLEZ,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE CITY OF NEW YORK, NYC DEP'T OF PARKS AND RECREATION, NYC PARKS GREENTHUMB, and CARLOS MARTINEZ, CHIEF OF STAFF OF NYC PARKS GREENTHUMB<br><br>*Defendants*. | **[PROPOSED] ORDER FOR PRELIMINARY INJUNCTION**<br><br>Civil Case No.: 1:25-cv-04258 (LDH)(MMH)<br><br>Hon. Judge LaShann DeArcy Hall and Magistrate Judge Marcia M. Henry |

**[PROPOSED] ORDER FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction, the supporting Memorandum of Law, the Affidavit of Indalesio Tellez, the Affidavit of Marcy Ayres, the verified Complaint, the evidence and argument presented at the hearing on _____, 2025, and all other papers and proceedings in this matter;

The Court finds that Plaintiffs have demonstrated that they have met their burden under Federal Rule of Civil Procedure 65. they will suffer immediate and irreparable harm if injunctive relief is not granted. Specifically, the Court finds that Plaintiffs have demonstrated: (1) that they will suffer irreparable harm in the absence of an injunction; (2) a substantial likelihood of

success on the merits of their claims; (3) that the balance of equities tips decidedly in their favor; and (4) that an injunction is in the public interest.

The threatened irreparable harms are immediate and multifaceted, and include the loss of First Amendment freedoms, which constitutes irreparable injury *per se*; the imminent destruction of a unique and invaluable community sanctuary and cultural institution; the possible imminent destruction of an irreplaceable altar; and exposure to a continuing climate of racist and transphobic harassment and credible threats of violence fomented by Defendants' actions.

The Court further finds that Plaintiffs have demonstrated a substantial likelihood of success on the merits of their claims, including their claims for viewpoint discrimination and retaliation in violation of the First Amendment and for unlawful discrimination in violation of the New York City Human Rights Law, based on compelling evidence of pretext and selective enforcement by Defendants.

Accordingly, pursuant to Federal Rule of Civil Procedure 65, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED**, and a Preliminary Injunction is issued as follows:

1. Defendants THE CITY OF NEW YORK, NYC DEP'T OF PARKS AND RECREATION, and NYC PARKS GREENTHUMB, their officers, agents, servants, employees, and all persons in active concert or participation with them, are hereby **PRELIMINARILY ENJOINED**, pending the final resolution of this action or further order of this Court, from:

    (a) Terminating or otherwise effectuating the termination of Plaintiffs' license to operate the Sunset Garden of Ridgewood or withholding resources routinely given to other Greenthumb gardens;

    (b) Taking any action to remove Plaintiffs or their property (including but not limited to the Cecilia Gentili Memorial), or to lock Plaintiffs out, from the Garden premises; and

    (c) Engaging in any further acts of discrimination, retaliation, or censorship against Plaintiffs for their protected speech and association pending a hearing on the motion for a preliminary injunction.

2. Pursuant to Federal Rule of Civil Procedure 65(c), the Court finds that, as Plaintiffs are proceeding in the public interest to vindicate fundamental constitutional rights and lack substantial resources, and because there is minimal risk of monetary harm to Defendants from maintaining the status quo, the requirement for Plaintiffs to post a security bond is **WAIVED.**

3. This Preliminary Injunction shall take effect immediately upon its entry and shall remain in full force and effect until a final judgment is entered in this case or until otherwise ordered by this Court.

**SO ORDERED**.

Dated: August ____, 2025

                                                                                                                THE HONORABLE LASHANN DEARCY HALL

                                                                                                                United States District Judge