

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**LESLIE SPITALNICK**
**BLAKE AHLBERG**
*Assistant Corporation Counsel*
Telephone: (212) 356-2546
bahlberg@law.nyc.gov; lspital@law.nyc.gov

September 5, 2025

VIA ECF

Honorable Marcia M. Henry
Magistrate Judge
United States District Court, EDNY
225 Cadman Plaza East, Courtroom 13C South
Brooklyn, NY 11201

> Re:  Request to Adjourn Initial Conference in the matter of Sunset Garden of Ridgewood, Inc., and Indalesio Tellez v. The City of New York, et. al.
> Case No. 1:25-cv-04258-(LDH)(MMH)

Dear Judge Henry:

We are Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to the defense of the above matter on behalf of Defendants. Plaintiffs commenced this action under 42 U.S.C. § 1983 alleging constitutional violations in connection with the Defendants' determination to terminate its license to operate a community garden.

Your Honor scheduled an initial conference on this matter for September 24, 2025, which falls during Rosh Hashanah. One of the attorneys assigned to the matter observes this holiday, and we respectfully request that the conference be adjourned to a later date so that the attorneys for Defendants can fully participate and attend the initial conference.

No previous requests for an adjournment of this conference have been made. Plaintiffs have consented to this request.

[continued on following page]

We have conferred with Plaintiffs' counsel and jointly propose that the initial conference be scheduled for the week of October 20, 2025, or the next date thereafter convenient to the Court.

We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

Leslie Spitalnick
Blake Ahlberg
Assistant Corporation Counsel

cc:     All Counsel of Record (Via ECF)