

# Welcome to Sunset Garden! Bienvenida a Sunset!

Thank you for your interest. Please complete the form below to get involved. | Gracias por su interés. Complete el formulario a continuación para participar.

Sign in to Google to save your progress. Learn more

* Indicates required question

Name (First & Last) / Nombre (primero & apellido) *

Your answer

**Email**

Your answer

**Phone Number / Número de Teléfono** *

Your answer

**Preferred Method of Contact / Método de Contacto Principal** *

- [ ] Email
- [ ] Phone Call / llamada de teléfono
- [ ] Text / Texto
- [ ] Other:

**Other Method of Contact**

**Other Method of Contact (WhatsApp, Instagram, etc.) / Otro Método de Contacto (WhatsApp, Instagram, etc.)**

Your answer

**If you need translation services, please provide your primary language below: / Si necesita servicios de traducción, escriba su idioma principal aquí:**

Your answer

Please review the Community Agreements and confirm you align with and will honor them / Revise los Acuerdos comunitarios y confirme que se alinea con ellos y los respetará: https://docs.google.com/document/d/10ifvn2jCwFoYPAuxNc4WVYcQ6xRZuf1t3FEUu1E0FUs/edit?usp=sharing

○ Yes I will honor the community agreements / Sí, honraré los acuerdos comunitarios.

Next                    Clear form

Never submit passwords through Google Forms.

This content is neither created nor endorsed by Google.
Report Abuse - Terms of Service - Privacy Policy

Google Forms

[Sunset Garden Core Values survey (Responses)](#)

# SUNSET GARDEN COMMUNITY AGREEMENTS

*A living, expanding and evolving document, developed through group surveys, virtual meetings, open hours availability for discussion, and opportunities to submit feedback anonymously and in person. Sunset Garden members are committed to revisit these values on a regular (annual?) basis or as needed to ensure members are heard and voices are uplifted.*
*Last updated June 6, 2024*

Introduction:
Sunset Garden is a space for folks to connect with plants, the earth, community, and with themselves. Located on the intersections of Lenapehoking, Merrick, Canarsie, Rockaway, and Matinecock lands, the garden is intended as a space for healing, growth, and nourishment. The purpose of these agreements are to define our goals for the community and set clear definitions of the culture of this collective stewardship.

Sunset Garden stands in solidarity with the oppressed and marginalized people in our own neighborhood, and across the globe, especially Palestine, Congo, Sudan, Hawaii, and Borikén, as well as with land and water defenders globally. Active genocides, ecocide, the rise in climate disaster and refugees, victims of class warfare, and others, are a a direct cause for action in our collective liberation against human rights and environmental justice violations.

We cannot in good faith offer a land acknowledgment without acknowledging the multiple genocides happening right now across the globe. We recognize that we are on stolen land, our neighborhood is undergoing gentrification, our communities and ancestors have endured constant displacement, and that garden stewardship is deeply

connected to these intersecting histories and movements for land access.

Sunset Garden is in the politically designated New York City, but we also acknowledge this as the homeland of the Lenapehoking, Merrick, Canarsie, Rockaway, and Matinecock nations, who were violently displaced as a result of European settler colonialism over the course of 400 years.

In this garden we recognize that these harms are intrinsically linked to the industrial growth society and we are consciously creating an alternative to this system. We work collectively to free ourselves and our planet from the damage it inflicts. We collaborate on behalf of life, planting seeds for the future.

We uphold the principles of food sovereignty. We draw up the history of the community garden movement in NYC that was a QTBIPOC led initiative to restore public spaces for producing food, for oneself, community and the neighborhood and building active solidarity spaces. We envision the garden to be part of the move to taken back control of our food systems, seeds, knowledge, healing practices and move away from the agro-industrial food complex.

## General agreements:

- Respect comes first
- Don't yuck someone else's yum
- Allow learning moments
- Speak from "I" not "we"
- Intention vs Impact
- Listen to receive, not to retaliate
- Think/Reflect beyond borders
- Don't call people out, call them in

The following Community Agreements were created by Sunset Garden members to support a safe space for all folks to be in relationship with the land. We invite all Sunset Garden visitors to honor these principles with us. All members agree to uphold the following commitments in order to maintain membership status.

***We are open to receiving feedback and questions about these commitments at any time.***

1. **The Garden members are aware that we have a big responsibility to the land, and that our actions impact each other as well as the habitats we strive to co-create.**
2. **The Garden engages in practices that show our respect for the land**, with an understanding that land stewardship is a deep honor. This is displayed through sustainable growing practices, avoiding chemical fertilizers and pesticides, planting for pollinators, using native plants, harvesting only what is needed and in a way that also protects the plants. We *treat plants, animals, insects, fungi, microbes, water, and the land itself, as equally important as humans in this ecosphere, and strive to do what's best for all.*
3. **We're committed to a practice of growth, self-reflection & self-awareness.** We all enter this space carrying various degrees of privilege related to race, class, gender, sexuality, ability, etc which influence our beliefs, actions and behaviors. We seek to understand how our words and behaviors can have a harmful impact despite our best intentions, and act to minimize and repair harm.
4. **In the garden we uplift our community members that are the most oppressed within the bounds of capitalism and colonialism.** We center and celebrate our Queer, Trans, Disabled, Chronically Ill, Femme, Poor, Immigrant, Refugee, Fat Bodies and Richly Melanated community. We are committed to being a Safe and Brave space and a sanctuary for all of

community. We are committed to being a Safe and Brave space and a sanctuary for all of ourBIPOC kin. We do not tolerate anything less from our garden members or their guests.

5. **We commit to interrupting violent behavior or rhetoric** that expresses all forms of hate (such as homophobic, transphobic, sexist, ableist, fatphobic, xenophobic, Zionist, antisemitic, nationalist and/or racist beliefs etc.) in order to preserve a safer space built on trust, respect and self-awareness. This is not the space to shame or bully anyone based on identities or appearances. .

6. **We challenge the binary:** We create a culture of belonging by actively disrupting binary thinking that limits the possibilities of coexistence of life forms big and small within the ecology of the garden. We don't assume a plant is a weed, when it could offer medicine. With each other, we don't assume anyone's gender identity, sexual preference, survivor status, economic status, immigration or documentation status, background, health, etc. We invite curiosity & dialogue. We use people's correct pronouns, and ask if we are unsure.

7. **We learn from mistakes:** We challenge white supremacist values of perfectionism by acknowledging that mistakes are ok and recognize the value of people's work and efforts. Mistakes can lead to growth if they are met with accountability, respectful inquiry and commitment to learning. We encourage each other (throw glitter not shade) and offer support to build new skills when necessary. Our collaboration is based on mutual learning, and the belief that "No one knows everything. But together, we know a whole lot.

8. **We practice giving and asking consent:** Consent is crucial to maintaining a safer space for everyone working and visiting the garden. We practice asking for and giving consent that centers the agency to decide for ourselves what is best and right for us at any

ourselves what is best and right for us at any given time. The examples below are referencing RockSteady Farm's Community Agreements & reflect our values.
- Emotional labor: "Hey is it ok if I vent about my weekend during lunch?"
- Physical touch: "Can I give you a hug?"
- Information Sharing: "Can I post this photo of you harvesting carrots on our social media?"
- Feedback: "Can we check in about our miscommunication earlier?"
- We practice asking for and giving consent that centers the agency to decide for ourselves what is best and right for us at any given time.
- https://www.rocksteadyfarm.com/community-agreements

9. **We work together toward collective learning** of how to strengthen our garden membership community, and collective unlearning of ways of thinking and being that could violate the safety of persons, plants, and soil in the garden and other shared communities. We understand that conflict will arise when building an intentional community, and that meeting it with respect and restorative practices will benefit us all. We invite *various learning styles and workflows* because there is no one right way to do things.

10. **The Garden is committed to sharing resources and abundance with members and the community**, and discourages disruptive behaviors such as theft, hoarding of resources, or destruction in the garden.

**CORE VALUES**

These are the most important values as identified by our garden members. If you are unsure of how to respond to an event or conflict; or you become aware you are reacting and not receiving, notice if your response is aligned with these values:

aligned with these values:

**Accessibility:** Barriers to access may be financial, physical, social, or cultural. Equity in accessibility is an important value for us to keep in mind as we share space in the garden. We can ask ourselves, how is my presence here inviting and welcoming to others? Am I taking up space in a way that makes it easy for others to feel included? Can I facilitate access for others through my own access and/or privilege?

**Accountability:** With accountability as a core value, mistakes aren't hidden, blame is not shifted, and trust is not lost. Instead, accountability breeds trust among members, mistakes are owned and corrected, and in the end, value is added for all stakeholders.

**Authenticity:** With authenticity as a core value, we create a space where all members feel safe to express their true identities and values and no one feels the pressure to conform or act otherwise as long as acting with authenticity causes no harm to others.

**Belonging:** With belonging as a core value we strive to foster a feeling of security and support when there is a sense of acceptance, inclusion, and purpose for all members.
Belonging means that people have a meaningful voice and the opportunity to participate in the design of the social and cultural institutions that shape their life. This means they have the right to both contribute and make demands upon society. So belonging requires power, access, and opportunity among all groups and individuals, which is not part of our current reality in the United States and many other parts of the world.

**Caring:** With caring as a core value we agree to treat each other and the land with kindness and understanding, appreciate the differences in others; show patience, and lean on empathy and understanding for others.

for others.

**Collaboration:** With collaboration as a core value we agree to listen and evolve together as a community, helping and supporting each other for the sake of our collective goal of honoring the land and our shared space. We do not shy away from hardship or conflict, and work together to create intentional community.

**Food sovereignty:** We support the local control of our garden's resources, such as land, water, seeds, and crops, and encourage using and sharing these resources in socially and environmentally sustainable ways. We believe in our community's ability to influence the quality and quantity of food that we consume by determining what we grow and distribute our harvest. We are committed to prioritizing those who have historically been most excluded from land access and ownership.

Resources:
Columbia Law Review: [TOWARD NAKBA AS A LEGAL CONCEPT Rabea Eghbariah](https://perma.cc/L3US-9V8R) https://perma.cc/L3US-9V8R
Resources"

[Rock Steady Farm Community Agreements:](https://www.rocksteadyfarm.com/community-agreements)
https://www.rocksteadyfarm.com/community-agreements

## Glossary (more to come!)

**Perfectionism:** White supremacy culture often shows up when we work collectively, whether the group is white-led, predominantly white, people of color-led, or predominantly people of color. This Culture is powerful precisely because it is so present and at the same time so very difficult to name or identify. Perfectionist norms and standards include lack of appreciation for others' work, judging others by their mistakes, not slowing down to try to learn from conflict, responding defensively to new ideas, and zero sum either/or thinking. These ways of operating are damaging because they reinforce a way of engaging that limits growth and potential, heightens negative self talk, lowers morale, and impacts how we interact with the

land and shared resources. Because we all live in a white supremacy culture, these characteristics show up in the attitudes and behaviors that we can undo by first acknowledging how and when these show up.

**Stewardship:** Environmental stewardship takes the form of restoring neglected and degraded plots of land, linked social and ecological systems implications of urban participatory environmental restoration and management initiatives, integrating environmental and social values in cities and other peopled landscapes (Hilary looking for a more accessible definition here, will add soon!)

The responsible use and protection of the natural environment through conservation and sustainable practices to enhance ecosystem resilience and human well-being.

Consent

Intention vs Impact

Community