| | |
|---|---|
| **From:** | Munoz, Alex (Parks) |
| **To:** | lkmerrick@gmail.com; onderdonk.garden@gmail.com; lwraithel@gmail.com; indalesio.tellez@yahoo.com |
| **Cc:** | Zorrilla, Valery (PARKS) |
| **Subject:** | Update and New Deadline - Re: Sunset Garden - Bylaws Feedback |
| **Date:** | Friday, October 18, 2024 4:44:29 PM |

Dear Sunset Garden,

My apologies for the multiple emails today regarding this matter. It has come to our attention that the checkbox question at the end of the online form is still present. As the next step to remain in good standing, NYC Parks Legal directed GreenThumb to require the licensee of Sunset Garden to remove all mentions of the Community Agreements from any Garden Membership Form **by Monday, October 21st at 11:59 p.m.** (as opposed to the previously communicated deadline).

GreenThumb is here to provide support. And I would still be happy to arrange a call or meeting at the garden with members after the deadline requirements have been met. Apologies again for the multiple emails and the new revised deadline and any resulting confusion.

Regards,

**Alex Munoz**

Assistant Director of Community Engagement

GreenThumb

T  212-602-5304

E  alex.munoz@parks.nyc.gov

Follow GreenThumb on: Facebook | Twitter | Instagram | YouTube

---

**From:** Munoz, Alex (Parks) <Alex.Munoz@parks.nyc.gov>
**Sent:** Friday, October 18, 2024 8:35:00 AM
**To:** lkmerrick@gmail.com <lkmerrick@gmail.com>; onderdonk.garden@gmail.com <onderdonk.garden@gmail.com>; lwraithel@gmail.com <lwraithel@gmail.com>; indalesio.tellez@yahoo.com <indalesio.tellez@yahoo.com>
**Cc:** Zorrilla, Valery (PARKS) <Valery.Zorrilla@parks.nyc.gov>
**Subject:** RE: Sunset Garden - Bylaws Feedback

Good morning Sunset Garden,

Just following up on the below message, particularly the Community Agreements portion. NYC Parks GreenThumb is fully aware that revising bylaws will require time, especially a group like yours with non-hierarchical processes. However, the Agency reiterates its concern that the community agreements, particular the mandatory requirement that a perspective member affirm their agreement, serves as a litmus test as a barrier to membership. The Community Agreements requirement **should be removed no later than 10/31/24**.

For reference, I am including the full paragraph from the below email here:

- Community Agreements: GreenThumb gardeners in all five boroughs are free to hold their own political or ideological beliefs as well as exercise their First Amendment rights on City property. The new online membership form, which seems essential to joining, includes a requirement that prospective members sign and affirm the Community Agreements which set forth Sunset Garden's

political or ideological viewpoints. The Agency is concerned about imposing such a litmus test as a barrier to membership. Further, the Community Agreements is not compatible with the requirement for community gardens to have pathways for membership for all. Please be advised that Parks does not approve acceptance of the Community Agreements as a condition for membership as appears on Page 2 of the Community Agreements: "*All members agree to uphold the following commitments in order to maintain membership status,*". Finally, the Agency is directing that the mandatory checkbox in the online membership form *"Yes, I will honor the community agreements/Si, honrare los acuerdos communitarios"* be removed.

I would be happy to arrange time for a call with members or an in-person visit as well. We look forward to your compliance on this matter by the **10/31/24 deadline** and continuing to work with you.

Regards,
**Alex Munoz**
Assistant Director of Community Engagement
GreenThumb
T 212-602-5304
E alex.munoz@parks.nyc.gov
**Follow GreenThumb on:** Facebook | Twitter | Instagram | YouTube

---

**From:** Munoz, Alex (Parks)
**Sent:** Monday, September 30, 2024 12:00 PM
**To:** lkmerrick@gmail.com; onderdonk.garden@gmail.com; lwraithel@gmail.com; indalesio.tellez@yahoo.com
**Cc:** Zorrilla, Valery (PARKS) <Valery.Zorrilla@parks.nyc.gov>
**Subject:** Sunset Garden - Bylaws Feedback

Sunset Garden,
Thank you for submitting Sunset Garden's documents for the annual 2024 NYC Parks GreenThumb re-registration process.

GreenThumb requires all community garden groups operating on property under NYC Parks jurisdiction to submit copies of their bylaws to their Community Engagement Coordinator as an annual requirement to remain in good standing. For more about bylaws, visit the Writing and Amending Bylaws chapter (p. 25 – 30) of the 2023 GreenThumb Gardeners' Handbook.

GreenThumb has reviewed your bylaws to ensure that they include the required components outlined in the bylaw's checklist and to ensure that they follow NYC Parks policies.
Please see the Agency's comments and directives below. **To remain in good standing, your garden group must acknowledge receipt of this communication, provide an update, and begin amending the bylaws.**

- **Mission Statement Section:** The reference to "*economic programs are available to subsidize membership as needed*" should be strengthened to make clear that there is always a zero-dollar option. Consider adding language here or elsewhere that *"No one will be turned away solely due to inability to afford membership dues."*

- **Membership Section:** There is no mention of the current online membership form and the bylaws instead state that "*interested parties must reach out to a member of the Membership Committee.*" The Membership section should begin with *"Applications for membership to the Sunset Garden are available online at [insert link here] or by contacting a member of the Membership Committee."* There is a reference to a membership form Page 9 in the Documented Procedures section, however, no details are provided. GreenThumb also recommends as best practice, if not already being done, adding physical signage in the garden listing a membership coordinator or relevant contact who can provide physical copies of the membership form.

Upon review of Sunset Garden's online membership materials, it appears there is an additional requirement for membership that is not disclosed in the bylaws: acceptance of the "Community Agreements."

- Community Agreements: GreenThumb gardeners in all five boroughs are free to hold their own political or ideological beliefs as well as exercise their First Amendment rights on City property. The new online [membership form](), which seems essential to joining, includes a requirement that prospective members sign and affirm the [Community Agreements]() which set forth Sunset Garden's political or ideological viewpoints. The Agency is concerned about imposing such a litmus test as a barrier to membership. Further, the Community Agreements is not compatible with the requirement for community gardens to have pathways for membership for all. Please be advised that Parks does not approve acceptance of the Community Agreements as a condition for membership as appears on Page 2 of the Community Agreements: "*All members agree to uphold the following commitments in order to maintain membership status,*". Finally, the Agency is directing that the mandatory checkbox in the online membership form *"Yes, I will honor the community agreements/Si, honrare los acuerdos communitarios"* be removed.

- Is there a plot waitlist and how is it maintained and managed? How are communal plots assigned and on what basis?

- **Garden Leadership Section:** Are there term limits for committees? Do the committees have an officer style or similar structure? If so, that should also be clarified. If there are no term limits, the bylaws should state explicitly that positions are open-ended with no term limits to avoid ambiguity.

- **Decision-making Section:** The bylaws do not specify if a quorum is needed for any decision-making. The garden group should add additional details here. As the garden group operates by consensus, establishing a minimum number for decision-making is especially important.

    - Please also specify if proxy voting, absentee vote, voting over email accepted or if only in-person voting is allowed.

- **Conflicts and Disputes Section:** The bylaws mention major violations and that "*a garden member may be immediately expelled from the garden and membership can be revoked without possibility for reinstatement.*" GreenThumb is not supportive of life-time bans, especially as these are public open spaces. There should be some way for people to re-apply for membership.

- **Finances Section:** As the garden is collecting dues, we recommend expanding and adding details to the Finance section. Please see Page 22 of the [GreenThumb Bylaws Template](#) for details.

- **Bylaws Amendments Section:** The process for amending the bylaws as written is unclear, including language on "*The Sunset Garden is still strictly conceptual.*" How a group amends its bylaws is critical and this should be clearly outlined in the document. Additionally, for the sake of transparency, the bylaws should include information on when they were adopted and amended.

Based on the current bylaws, GreenThumb created the following easy-to-read table of the garden's membership levels for public dissemination which we hope we have accurately captured.

| Key Holders overview | |
|---|---|
| Rights | Responsibilities |
| <ul><li>Access to the garden</li><li>Support with compost, construction and space</li><li>Key</li><li>Receive part of the communal bed harvest</li><li>Ability to attend garden workshops</li><li>Determining open hours for the garden</li><li>Proposing event ideas</li><li>Decide on logo</li><li>Perimeter section plant selector</li><li>GreenThumb resources (materials, trainings, and contacts)</li></ul> | <ul><li>Follow garden rules and bylaws agreement</li><li>Attend Annual garden meeting</li><li>Attend 1 general meeting</li><li>Supporting open hours</li></ul> |

| Core Members overview | |
|---|---|
| Rights | Responsibilities |
| <ul><li>Access to the garden</li><li>Access to shed</li><li>Key</li><li>Propose event ideas</li><li>Communal Tool Use</li><li>Have Voting rights</li><li>Have Growing space</li><li>Use of garden space</li><li>Collective share of harvest and produce</li><li>GreenThumb resources (materials, trainings, and contacts)</li><li>Amend Bylaws</li><li>Present, amend, and block proposals</li><li>Vote on meeting times</li></ul> | <ul><li>Join one steering committee</li><li>Attend garden annual meeting</li><li>Attend 2 general meetings</li><li>Attend 1/3 of committee meetings</li><li>Plot maintenance</li><li>Common area clean up</li><li>Sidewalk clean up</li><li>Supporting open hours</li></ul> |

Please let us know if you have any questions. GreenThumb is here to support you. For additional resources on bylaws, visit "Resources for Community Gardeners: Group Development" on the GreenThumb website. Here is a copy of the bylaws template with sample language. Your Community Engagement Coordinator, Valery Zorilla is copied, and we would be happy to assist.

Regards,
**Alex Munoz**
Assistant Director of Community Engagement
GreenThumb
T 212-602-5304
E alex.munoz@parks.nyc.gov
**Follow GreenThumb on:** Facebook | Twitter | Instagram | YouTube