| | |
|---|---|
| **From:** | Munoz, Alex (Parks) |
| **To:** | Martinez, Carlos (Parks); Mendes, Isak (Parks) |
| **Subject:** | FW: [EXTERNAL] Re: Sunset Community Garden |
| **Date:** | Tuesday, December 17, 2024 4:13:05 PM |

Follow up to their follow up....

**From:** Laura Merrick <lkmerrick@gmail.com>
**Sent:** Tuesday, December 17, 2024 4:10 PM
**To:** Munoz, Alex (Parks) <Alex.Munoz@parks.nyc.gov>
**Cc:** onderdonk.garden@gmail.com; lwraithel@gmail.com; indalesio.tellez@yahoo.com; Zorrilla, Valery (PARKS) <Valery.Zorrilla@parks.nyc.gov>
**Subject:** [EXTERNAL] Re: Sunset Community Garden

**CAUTION! EXTERNAL SENDER.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. If **suspicious**, report this email by hitting the **Phish Alert Button**. If the button is unavailable or you are on a mobile device, forward as an attachment to phish@oti.nyc.gov.

Hey again Alex,

Hope you're well! Just wanted to check in about the altar/art installation and be sure Greenthumb won't be in to remove it after the 24th as some local artists have spent months making it.

Also wanted to see about any feedback from the other responses. Since nothing we have in the agreements discriminates any of the groups you mentioned, we are not sure how to change them, especially since we explicitly explain we are against all of the discrimination you mentioned. We never received a response so unsure how to proceed.

If you wanted to provide feedback about that we would appreciate it.

Thanks,
Laura

Sent from my iPhone

> On Dec 6, 2024, at 4:25 PM, Laura Merrick <lkmerrick@gmail.com> wrote:
>
> Hey,
>
> Thanks for your email.
>
> We have just started the by laws process. It is going to take MONTHS. We are all

volunteers, not paid employees who all have to work in addition to the important community work in the garden. If you would like to pay us maybe we can focus more time on it.

WE HAVE NOT AND WILL NOT DISCRIMINATE AGAINST ANYONE JOINING THE GARDEN AND NEITHER THE AGREEMENTS NOR THE BY LAWS INDICATE THAT HAPPENING.

The community agreements actually indicate we do not stand for any discrimination of all categories you mentioned below, so I'm not even sure how we would change it.

I will send you what we have but as of January 6 it will be largely unchanged. Especially during this busy time of year. I expect us to make some more significant progress by April.

Thanks for understanding this is a lengthy process, and please tell our neighbors that are complaining they are welcome to join us if they want to have input on the by laws.

Regarding the "memorial:" it's an altar that happens to honor someone very important that was created especially for the garden. It's a work of art that took people months to create. It doesn't fall under memorial guidelines as it is an art installation.

If it offends people that don't like trans people, that is something for them to work on. Until then, they don't have to look at it.

Thanks,
Laura


Sent from my iPhone

> On Dec 6, 2024, at 3:47 PM, Munoz, Alex (Parks) <Alex.Munoz@parks.nyc.gov> wrote:
>
> Dear gardeners – I hope the end of gardening season was plentiful
>
> I'm writing to follow up about the group's progress towards

updating the bylaws and the community agreements. Please let me know if there is any support needed from NYC Parks GreenThumb. Regarding the community agreements, we support the group's efforts to create a set of principles and statements to create a welcoming, inclusive, and safe space for all. Please keep in mind that this is also covered in the License Agreement Section 6(H) as follows:

*Licensee shall not unlawfully discriminate against any person because of race, creed, religion, color, national origin, ethnic origin, age, gender, sex, disability, marital status, or sexual orientation. Licensee shall not restrict eligibility for membership or admission to the Garden or participation in any activity on the basis of race, creed, religion, color, national origin, ethnic origin, age, gender, sex, disability, marital status, or sexual orientation. Licensee shall comply with all applicable federal, state, and local civil rights and human rights laws and regulations pertaining thereto as applicable.*

As communicated on September 30th, a political or ideological litmus test cannot be used as a requirement to join a community garden. Therefore, the bylaws and community agreements cannot include positions and statements on religious, spiritual, political, and philosophical beliefs. GreenThumb appreciates the time dedicated to rewriting these two documents that will strengthen the foundation of the community garden as a welcoming, inclusive, and safe space. For these reasons, please make sure that bylaws and community agreements focus exclusively on the practices of the day-to-day operation and governance of the garden.

**Please send us an update with the most recent amended bylaws and revised community agreements for our review by Monday, January 6th, 2025.**

In addition, on November 25th, the agency became aware of the placement of a memorial inside the community garden. As per the agency guidelines on memorials:

1. Photographs, small monuments and plaques, candles, and flowers may be used as memorials as long as they do not damage the surrounding area.
1. Memorials may be affixed to trees as long as they do not damage the tree
1. Patrons placing memorials must comply with all regulations on site in addition to all applicable local, State, and Federal regulations.
1. Memorials may be placed for a maximum of one month.

**As per our guidelines, please remove or relocate the memorial from the community garden by Tuesday, December 24.**

In order to remain in good standing, please make sure to address these matters referenced above and reach out to us if you need any support.

Thanks again for your dedicated stewardship of Sunset Community Garden.

Regards,
**Alex Munoz**
Assistant Director of Community Engagement
[GreenThumb](#)
T  212-602-5304
E  [alex.munoz@parks.nyc.gov](mailto:alex.munoz@parks.nyc.gov)
**Follow GreenThumb on:** [Facebook](#) | [Twitter](#) | [Instagram](#) | [YouTube](#)