

**Carlos Martinez**
Chief of
NYC Parks GreenThumb

T 212.602.5300 F 212.602.5334 E carlos.martinez@parks.nyc.gov

**Office Address:** 100 Gold St., Suite 3100, New York, NY 10038
**Mailing Address:** The Arsenal, Central Park, New York, NY 10065

**City of New York
Parks & Recreation**

nyc.gov/parks/greenthumb

March 25, 2025

Laura Merrick
Primary Garden Contact
266 Onderdonk Avenue
Ridgewood, NY 11385

Luke Raithel
Secondary Garden Contact
1853 Suydam
Ridgewood, NY 11385

Indalesio Tellez
Tertiary Garden Contact
1876 Hart Street
Ridgewood, NY 11385

**Re: Group Bylaws, Community Agreements, and Temporary Public Art Installation**

Dear Community Gardeners (licensee) at *Sunset Community Garden*,

The official start of the community gardening season is less than two weeks away. The intention of this correspondence is to follow-up on the progress of amending the *Sunset Community Garden*'s bylaws and the community agreements as well as the status of the paperwork for the temporary public art installation at *Sunset Community Garden*.

**Temporary Public Art Installation:** NYC Parks Art and Antiquities Division waived the security deposit requirement and expedited the review of the temporary public art installation application submitted by the licensee of the *Sunset Community Garden*. Indeed, our colleagues attempted to contact the garden representatives to discuss next steps on February 7 and March 18. However, they received no response. **Please contact Elizabeth Masella at Elizabeth.Masella@parks.nyc.gov or (212)360-8114 at your earliest possible convenience, and provide:**

- *Public Art License Agreement:* contact person for the agreement (this person will sign it on behalf of the *Sunset Community Garden*), mailing address, phone number, and email address.

- *Certificate of Insurance (COI):* copy of COI and in the description section, to list *"The City of New York, together with its officials and employees as Additional Insured with coverage at least as broad as the most recent edition of ISO Form CG 2026."* The certificate holder should be listed as:



NYC Parks
830 5th Avenue
New York, NY 10065

**Bylaws:** All community groups licensed to operate and maintain a GreenThumb community garden are required to submit mutually agreed upon rules and procedures for the garden. The bylaws submitted by the *Sunset Community Garden* do not meet GreenThumb requirements and they must be amended. You can find more information about writing and amending bylaws in the [GreenThumb Gardeners' Handbook](#) (p. 24) which includes resources such as checklists, templates, and recorded webinars. GreenThumb acknowledges that creating and amending the bylaws take considerable time as they are decided through a democratic process. **We ask the group to submit the latest draft of the bylaws with the minimum requirements within 30 days of receipt of this letter.**

**Community Agreements:** GreenThumb supports licensee's efforts to create a set of principles and statements to create a welcoming, inclusive, and safe space for all at the *Sunset Community Garden*. Please keep in mind that this is already covered in the [License Agreement Section 6(H)](#) as follows:

> *Licensee shall not unlawfully discriminate against any person because of race, creed, religion, color, national origin, ethnic origin, age, gender, sex, disability, marital status, or sexual orientation. Licensee shall not restrict eligibility for membership or admission to the Garden or participation in any activity on the basis of race, creed, religion, color, national origin, ethnic origin, age, gender, sex, disability, marital status, or sexual orientation. Licensee shall comply with all applicable federal, state, and local civil rights and human rights laws and regulations pertaining thereto as applicable.*

Please remember that the Community Agreements cannot include positions and statements on religious, spiritual, political, and philosophical beliefs. Any such statements, no matter how well intentioned, could be perceived as a litmus test or prerequisite for members of the public visiting the garden and/or planning to join the garden as dedicated members. This also applies to the group's bylaws, website, social media channels, and any outreach material. **In the meantime, we ask the licensee of the *Sunset Community Garden* to remove any reference of the Community Agreements, including from the [Instagram account](#) while we work collaboratively to resolve the aforementioned issues**.

In order to support the group's efforts, GreenThumb presents the licensee with three options for incorporating the concept of Community Agreements:

- *OPTION 1:* Remove all litmus tests or political prerequisites from the Community Agreements. Going forward this document must focus solely on matters related to community gardening and be



exclusively applicable to the day-to-day operation and governance of the *Sunset Community Garden*. While the members of the group are clearly entitled to their own views, the community garden is a public space, the group cannot impose a political or ideological litmus test or anything that could be perceived as such by any member of the public. Once the Community Agreements document is amended to comply with the License Agreement, it could be mentioned in the bylaws and considered as part of the membership procedure as originally intended.

- *OPTION 2:* This option requires renaming the Community Agreements to a statement of concerns held by certain members and making clear that, while some of the garden members may currently support these beliefs, they are not required to be supported by any existing or prospective members or visitors. Moreover, any member or visitor must be able to respect the beliefs of other members even if they conflict with the statement of concern and vice versa. A background, Community Agreements are commonly understood to be a requirement of all who enter a community, giving the perception of a litmus test for those interested in joining. Since the community garden is a public City-owned space, any perceived or real ideological hinderance to accessing the garden or becoming a member must be avoided. Reframing the Community Agreements as a statement of concerns held by certain members makes it clearer that while garden members currently hold some or all of these views, but like bylaws themselves, are subject to change, and, unlike bylaws, current, prospective members or visitors are not required or bound by them.

- *OPTION 3:* This option offers an opportunity to community members (including the members of the *Sunset Community Garden*) to create an independent affinity group that shares a common interest or experience who can use the Community Agreements as currently written. This approach will allow people to connect and advocate for various issues, including but not limited to sociopolitical, economic, and racial justice efforts. However, the *Sunset Community Garden* will refrain from using or referencing the Community Agreements and focus on garden related matters and operations and it will technically be distinct from the affinity group. Affiliation to an affinity group or agreement to a statement that imposes a litmus test cannot be included in the bylaws and/or be a requirement for garden membership.

**Please send us an update on which direction the community garden group would like to move in for the revision of the Community Agreements by April 1.**

GreenThumb appreciates the time you continue to spend dedicated to rewriting the bylaws and the community agreements which will strengthen the foundation of the community garden as a welcoming, inclusive, and safe space. **In order to remain in good standing, please make sure to address the matters referenced above within the deadlines set respectively.**



Please contact Alex Munoz, Assistant Director of Community Engagement at Alex.Munoz@parks.nyc.gov or (212)602-5329 and/or Valery Zorrilla, Community Engagement Coordinator at Valery.Zorrilla@parks.nyc.gov or (212)602-5389 if additional support is needed from our team.

Thanks again for your dedicated stewardship of the *Sunset Community Garden*.


Sincerely,

/s/ Carlos Martinez
Chief of NYC Parks GreenThumb



CC: Margaret Nelson, Deputy Commissioner for Public Programs and Community Engagement
Alessandro Olivieri, General Counsel
Karina Smith, Assistant Commissioner for Strategic Community Engagement
Isak Mendes, Deputy Director at GreenThumb
Alex Munoz, Assistant Director of Community Engagement at GreenThumb
Elizabeth Masella, Senior Public Art Coordinator
Valery Zorrilla, Community Engagement Coordinator at GreenThumb