# Welcome to Sunset Garden! Bienvenide a Sunset!

Open Hours/Horas de apertura:
🌻 Wednesdays/Miercoles 5-7p
🦋 Fridays/Viernes 5:30 - 7:30 p
🏵️ Sundays/Domingos 11a-5p
Uplifting QTBIPoC Moments on Thursdays 5-7p
Momentos de QTBIPoC los jueves de 5 a 7 p.m.

**Anyone can come into the garden during open hours-you do not need to be a member. You can also join us for volunteer days. You do not need to be a member to join us for volunteer days.** *Cualquiera puede entrar al jardín durante el horario de apertura. No es necesario ser miembro. También puedes unirte a nosotros para los días de voluntariado. No es necesario ser miembro para unirse a nosotros en los días de voluntariado.*

Please take a moment to read our [Community Values](#) which our members have developed together to underscore our mission and shared values. The garden strives to have member that align with our Community Values and vision of the world we are building together. The Garden is committed to building a brave space for all and centers the rights and needs of people who self-identify as BIPOC, Queer/Trans, Disabled, Immigrant, and Refugee, as we strive to uplift those who are most oppressed within our capitalist and colonial systems of white supremacy. **If you're still interested, please continue to fill out this form.**
-
Por favor Tómese un momento para leer nuestros Valores comunitarios que nuestres miembres han desarrollado juntos para subrayar nuestra misión y valores compartidos. El jardín se esfuerza por tener miembres que se alineen con los valores de nuestra comunidad y la visión del mundo que estamos construyendo juntes.  El Jardín se compromete a construir un espacio valiente para todes y centra los derechos y necesidades de las personas que se autoidentifican como BIPOC, Queer/Trans, Discapacitados, Inmigrantes y Refugiados, mientras nos esforzamos por elevar a aquellos que están más oprimidos dentro de nuestros sistemas capitalistas y coloniales de supremacía blanca. **Si aún está interesado, continúe completando este formulario.**

📗 **Sunset Garden Core Values survey (Responses)**

## SUNSET GARDEN COMMUNITY VALUES
*A living, expanding and evolving document, developed through group surveys, virtual meetings, open hours availability for discussion, and opportunities to submit feedback anonymously and in person. Sunset Garden members are committed to revisit these values on a regular (annual?) basis or as needed to ensure members are heard and voices are uplifted.*
*Last updated June 6, 2024*

*VALORES COMUNITARIOS DE SUNSET GARDEN*
*Un documento vivo, en expansión y en evolución, desarrollado a través de encuestas grupales, reuniones virtuales, disponibilidad de horarios abiertos para la discusión y oportunidades para enviar comentarios de forma anónima y en persona. Les miembres de Sunset Garden se comprometen a revisar estos valores de forma regular (¿anual?) o según sea necesario para garantizar que los miembros sean escuchados y sus voces sean elevadas.*
*Última actualización 6 de junio de 2024*

**Introduction:**
Sunset Garden is a space for folks to connect with plants, the earth, community, and with themselves. Located on the intersections of Lenapehoking, Merrick, Canarsie, Rockaway, and Matinecock lands, the garden is intended as a space for healing, growth, and nourishment. The purpose of these agreements are to define our goals for the
community and set clear definitions of the culture of this collective stewardship.

Sunset Garden es un espacio para que las personas se conecten con las plantas, la tierra, la comunidad y consigo mismos. Ubicado en las intersecciones de las tierras de Lenapehoking, Merrick, Canarsie, Rockaway y Matinecock, el jardín está pensado como un espacio para la curación, el crecimiento y la nutrición. El propósito de estos acuerdos es definir nuestros objetivos para la comunidad y establecer definiciones claras de la cultura de esta administración colectiva.

Sunset Garden stands in solidarity with the oppressed and marginalized people in our own neighborhood, and across the globe, especially Palestine, Congo, Sudan, Hawaii, and Borikén, as well as with land and water defenders globally. Active genocides, ecocide, the rise in climate disaster and refugees, victims of class warfare, and others, are a a direct cause for action in our collective liberation against human rights and environmental justice violations.

Sunset Garden se solidariza con las personas oprimidas y marginadas en nuestro propio vecindario y en todo el mundo, especialmente Palestina, Congo, Sudán, Hawái y Borikén, así como con los defensores de la tierra y el agua a nivel mundial. Los genocidios activos, el ecocidio, el aumento de los desastres climáticos y los refugiados, las víctimas de la guerra de

clases y otros, son una causa directa de acción en nuestra liberación colectiva contra las violaciones de los derechos humanos y la justicia ambiental.

We cannot in good faith offer a land acknowledgment without acknowledging the multiple genocides happening right now across the globe. We recognize that we are on stolen land, our neighborhood is undergoing gentrification, our communities and ancestors have endured constant displacement, and that garden stewardship is deeply connected to these intersecting histories and movements for land access.

No podemos ofrecer de buena fe un reconocimiento de tierras sin reconocer los múltiples genocidios que están ocurriendo actualmente en todo el mundo. Reconocemos que estamos en tierras robadas, que nuestro vecindario está sufriendo gentrificación, que nuestras comunidades y ancestros han soportado desplazamientos constantes y que la administración de los jardines está profundamente conectada con estas historias y movimientos que se cruzan por el acceso a la tierra.

Sunset Garden is in the politically designated New York City, but we also acknowledge this as the homeland of the Lenapehoking, Merrick, Canarsie, Rockaway, and Matinecock nations, who were violently displaced as a result of European settler colonialism over the course of 400 years.

Sunset Garden se encuentra en la ciudad políticamente designada de Nueva York, pero también la reconocemos como la patria de las naciones Lenapehoking, Merrick, Canarsie, Rockaway y Matinecock, que fueron desplazadas violentamente como resultado del colonialismo de los colonos europeos a lo largo de 400 años.

In this garden we recognize that these harms are intrinsically linked to the industrial growth society and we are consciously creating an alternative to this system. We work collectively to free ourselves and our planet from the damage it inflicts. We collaborate on behalf of life, planting seeds for the future.

En este jardín reconocemos que estos daños están intrínsecamente vinculados a la sociedad de crecimiento industrial y estamos creando conscientemente una alternativa a este sistema. Trabajamos colectivamente para liberarnos a nosotros mismos y a nuestro planeta del daño que inflige. Colaboramos en pro de la vida, plantando semillas para el futuro.

We uphold the principles of food sovereignty. We draw up the history of the community garden movement in NYC that was a QTBIPOC led initiative to restore public spaces for producing food, for oneself, community and the neighborhood and building active solidarity spaces. We envision the garden to be part of the move to taken back control of our food systems, seeds, knowledge, healing practices and move away from the agro-industrial food complex.

Defendemos los principios de la soberanía alimentaria. Elaboramos la historia del movimiento de huertos comunitarios en Nueva York que fue una iniciativa liderada por QTBIPOC para restaurar espacios públicos para la producción de alimentos, para uno mismo, la comunidad y el barrio y construir espacios activos de solidaridad. Visualizamos el jardín como parte del movimiento para recuperar el control de nuestros sistemas alimentarios, semillas, conocimientos y prácticas curativas y alejarnos del complejo alimentario agroindustrial.

### General agreements:

- Respect comes first
- Don't yuck someone else's yum
- Allow learning moments
- Speak from "I" not "we"
- Intention vs Impact
- Listen to receive, not to retaliate
- Think/Reflect beyond borders
- Don't call people out, call them in

### Acuerdos generales:

- eE respeto es lo primero
- No le asquees el rico a otra persona
- Permitir momentos de aprendizaje
- Habla desde "yo" y no desde "nosotres"
- Intención vs Impacto
- Escuchar para recibir, no para tomar represalias
- Pensar/Reflexionar más allá de las fronteras
- No llames a la gente afuera, llámalos adentro

The following Community Agreements were created by Sunset Garden members to support a safe space for all folks to be in relationship with the land. We invite all Sunset Garden visitors to honor these principles with us. All members agree to uphold the following commitments in order to maintain membership status.

Los siguientes acuerdos comunitarios fueron creados por miembros de Sunset Garden para apoyar un espacio seguro para que todas las personas tengan una relación con la tierra. Invitamos a todos los visitantes de Sunset Garden a honrar estos principios con nosotros. Todos los miembros aceptan cumplir los siguientes compromisos para mantener el estado de membresía.

***We are open to receiving feedback and questions about these commitments at any time.***

*Estamos abiertos a recibir comentarios y preguntas sobre estos compromisos en cualquier momento.*

1. **The Garden members are aware that we have a big responsibility to the land, and that our actions impact each other as well as the habitats we strive to co-create.** *Los miembros del Jardín son conscientes de que tenemos una gran responsabilidad con la tierra y que nuestras acciones tienen un impacto mutuo y también en los hábitats que nos esforzamos por cocrear.*

2. **The Garden engages in practices that show our respect for the land**, with an understanding that land stewardship is a deep honor. This is displayed through sustainable growing practices, avoiding chemical fertilizers and pesticides, planting for pollinators, using native plants, harvesting only what is needed and in a way that also protects the plants. We treat plants, animals, insects, fungi, microbes, water, and the land itself, as equally important as humans in this ecosphere, and strive to do what's best for all.

   *The Garden participa en prácticas que muestran nuestro respeto por la tierra, entendiendo que la administración de la tierra es un profundo honor. Esto se demuestra a través de prácticas de cultivo sostenibles, evitando fertilizantes y pesticidas químicos, plantando para polinizadores, utilizando plantas nativas, cosechando solo lo que se necesita y de una manera que también proteja las plantas. Tratamos a las plantas, los animales, los insectos, los hongos, los microbios, el agua y la tierra misma como tan importantes como los humanos en esta ecosfera, y nos esforzamos por hacer lo mejor para todos.*

3. **We're committed to a practice of growth, self-reflection & self-awareness**. We all enter this space carrying various degrees of privilege related to race, class, gender, sexuality, ability, etc which influence our beliefs, actions and behaviors. We seek to understand how our words and behaviors can have a harmful impact despite our best intentions, and act to minimize and repair harm.

   *Estamos comprometidos con una práctica de crecimiento, autorreflexión y autoconciencia. Todos ingresamos a este espacio con diversos grados de privilegios relacionados con la raza, la clase, el género, la sexualidad, la capacidad, etc., que influyen en nuestras creencias, acciones y comportamientos. Buscamos comprender cómo nuestras palabras y comportamientos pueden tener un impacto dañino a pesar de nuestras mejores intenciones, y actuar para minimizar y reparar el daño.*

4. **In the garden we uplift our community members that are the most oppressed within the bounds of capitalism and colonialism.** We center and celebrate our Queer, Trans, Disabled, Chronically Ill, Femme, Poor, Immigrant, Refugee, Fat Bodies and Richly Melanated community. We are committed to being a Safe and Brave space and a sanctuary for all of ourBIPOC kin. We do not tolerate anything less from our garden members or their guests.

En el jardín elevamos a los miembros de nuestra comunidad que son los más oprimidos dentro de los límites del capitalismo y el colonialismo. Centramos y celebramos a nuestra comunidad queer, trans, discapacitada, con enfermedades crónicas, femenina, pobre, inmigrante, refugiada, con cuerpos gordos y ricamente melanizada. Estamos comprometidos a ser un espacio seguro y valiente y un santuario para todos nuestros familiares BIPOC. No toleramos nada menos de los miembros de nuestro jardín o de sus invitados.

5. **We commit to interrupting violent behavior or rhetoric** that expresses all forms of hate (such as homophobic, transphobic, sexist, ableist, fatphobic, xenophobic, Zionist, antisemitic, nationalist and/or racist beliefs etc.) in order to preserve a safer space built on trust, respect and self-awareness. This is not the space to shame or bully anyone based on identities or appearances.

    Nos comprometemos a interrumpir el comportamiento violento o la retórica que exprese todas las formas de odio (como creencias homofóbicas, transfóbicas, sexistas, capacitistas, fatófobas, xenófobas, sionistas, antisemitas, nacionalistas y/o racistas, etc.) para preservar un espacio más seguro basado en la confianza, el respeto y la autoconciencia. Este no es el espacio para avergonzar o intimidar a nadie basándose en identidades o apariencias. .

6. **We challenge the binary:** We create a culture of belonging by actively disrupting binary thinking that limits the possibilities of coexistence of life forms big and small within the ecology of the garden. We don't assume a plant is a weed, when it could offer medicine. With each other, we don't assume anyone's gender identity, sexual preference, survivor status, economic status, immigration or documentation status, background, health, etc. We invite curiosity & dialogue. We use people's correct pronouns, and ask if we are unsure.

    Desafiamos lo binario: creamos una cultura de pertenencia al alterar activamente el pensamiento binario que limita las posibilidades de coexistencia de formas de vida grandes y pequeñas dentro de la ecología del jardín. No damos por hecho que una planta sea una mala hierba cuando podría ofrecer medicina. Entre nosotros, no asumimos la identidad de género, preferencia sexual, estatus de sobreviviente, estatus económico, estatus migratorio o de documentación, antecedentes, salud, etc. de nadie. Invitamos a la curiosidad y al diálogo. Usamos los pronombres correctos de las personas y preguntamos si no estamos seguros.

7. **We learn from mistakes:** We challenge white supremacist values of perfectionism by acknowledging that mistakes are ok and recognize the value of people's work and efforts. Mistakes can lead to growth if they are met with accountability, respectful inquiry and commitment to learning. We encourage each other (throw glitter not shade) and offer support to build new skills when necessary. Our collaboration is based on mutual learning, and the belief that "No one knows everything. But together, we know a whole lot.

Aprendemos de los errores: desafiamos los valores de perfeccionismo de los supremacistas blancos al reconocer que los errores están bien y reconocemos el valor del trabajo y los esfuerzos de las personas. Los errores pueden conducir al crecimiento si se abordan con responsabilidad, investigación respetuosa y compromiso con el aprendizaje. Nos animamos unos a otros (tiramos brillantina, no sombra) y ofrecemos apoyo para desarrollar nuevas habilidades cuando sea necesario. Nuestra colaboración se basa en el aprendizaje mutuo y en la creencia de que "Nadie lo sabe todo, pero juntos sabemos mucho.

8. **We practice giving and asking consent:** [Consent](#) is crucial to maintaining a safer space for everyone working and visiting the garden. We practice asking for and giving consent that centers the agency to decide for ourselves what is best and right for us at any given time. The examples below are referencing RockSteady Farm's Community Agreements & reflect our values.

    - Emotional labor: "Hey is it ok if I vent about my weekend during lunch?"
    - Physical touch: "Can I give you a hug?"
    - Information Sharing: "Can I post this photo of you harvesting carrots on our social media?"
    - Feedback: "Can we check in about our miscommunication earlier?"
    - We practice asking for and giving consent that centers the agency to decide for ourselves what is best and right for us at any given time.
    - https://www.rocksteadyfarm.com/community-agreements

    Practicamos dar y pedir consentimiento: el consentimiento es crucial para mantener un espacio más seguro para todos los que trabajan y visitan el jardín. Practicamos pedir y dar consentimiento que centra la agencia para decidir por nosotros mismos qué es lo mejor y lo correcto para nosotros en un momento dado. Los ejemplos a continuación hacen referencia a los acuerdos comunitarios de RockSteady Farm y reflejan nuestros valores.

    Trabajo emocional: "Oye, ¿está bien si me desahogo de mi fin de semana durante el almuerzo?"

    Toque físico: "¿Puedo darte un abrazo?"

    Intercambio de información: "¿Puedo publicar esta foto tuya cosechando zanahorias en nuestras redes sociales?"

    Comentarios: "¿Podemos informarnos antes de nuestra falta de comunicación?"

    Practicamos pedir y dar consentimiento que centra la agencia para decidir por nosotros mismos qué es lo mejor y lo correcto para nosotros en un momento dado.

    https://www.rocksteadyfarm.com/community-agreements

9. **We work together toward collective learning** of how to strengthen our garden membership community, and collective unlearning of ways of thinking and being that could violate the safety of persons, plants, and soil in the garden and other shared

communities. We understand that conflict will arise when building an intentional community, and that meeting it with respect and restorative practices will benefit us all. We invite v*arious learning styles and workflows* because there is no one right way to do things.

Trabajamos juntos para lograr el aprendizaje colectivo sobre cómo fortalecer nuestra comunidad de miembros del jardín y el desaprendizaje colectivo de formas de pensar y ser que podrían violar la seguridad de las personas, las plantas y el suelo en el jardín y otras comunidades compartidas. Entendemos que surgirán conflictos al construir una comunidad intencional y que enfrentarlos con respeto y prácticas restaurativas nos beneficiará a todos. Invitamos a varios estilos de aprendizaje y flujos de trabajo porque no existe una única forma correcta de hacer las cosas.

10. **The Garden is committed to sharing resources and abundance with members and the community**, and discourages disruptive behaviors such as theft, hoarding of resources, or destruction in the garden.

    El Jardín se compromete a compartir recursos y abundancia con los miembros y la comunidad, y desalienta comportamientos disruptivos como el robo, el acaparamiento de recursos o la destrucción en el jardín.

## CORE VALUES

These are the most important values as identified by our garden members. If you are unsure of how to respond to an event or conflict; or you become aware you are reacting and not receiving, notice if your response is aligned with these values:

**Accessibility:** Barriers to access may be financial, physical, social, or cultural. Equity in accessibility is an important value for us to keep in mind as we share space in the garden. We can ask ourselves, how is my presence here inviting and welcoming to others? Am I taking up space in a way that makes it easy for others to feel included? Can I facilitate access for others through my own access and/or privilege?

**Accountability:** With accountability as a core value, mistakes aren't hidden, blame is not shifted, and trust is not lost. Instead, accountability breeds trust among members, mistakes are owned and corrected, and in the end, value is added for all stakeholders.

**Authenticity:** With authenticity as a core value, we create a space where all members feel safe to express their true identities and values and no one feels the pressure to conform or act otherwise as long as acting with authenticity causes no harm to others.

**Belonging:** With belonging as a core value we strive to foster a feeling of security and support when there is a sense of acceptance, inclusion, and purpose for all members.
Belonging means that people have a meaningful voice and the opportunity to participate in the design of the social and cultural institutions that shape their life. This means they have the right to both contribute and make demands upon society. So belonging requires power, access, and opportunity among all groups and individuals, which is not part of our current reality in the United States and many other parts of the world.

**Caring:** With caring as a core value we agree to treat each other and the land with kindness and understanding, appreciate the differences in others; show patience, and lean on empathy and understanding for others.

**Collaboration:** With collaboration as a core value we agree to listen and evolve together as a community, helping and supporting each other for the sake of our collective goal of honoring the land and our shared space. We do not shy away from hardship or conflict, and work together to create intentional community.

**Food sovereignty:** We support the local control of our garden's resources, such as land, water, seeds, and crops, and encourage using and sharing these resources in socially and environmentally sustainable ways. We believe in our community's ability to influence the quality and quantity of food that we consume by determining what we grow and distribute our harvest. We are committed to prioritizing those who have historically been most excluded from land access and ownership.

Resources:
Columbia Law Review: [TOWARD NAKBA AS A LEGAL CONCEPT Rabea Eghbariah](https://perma.cc/L3US-9V8R)
https://perma.cc/L3US-9V8R
Resources"

[Rock Steady Farm Community Agreements: https://www.rocksteadyfarm.com/community-agreements](https://www.rocksteadyfarm.com/community-agreements)

## Glossary (more to come!)

**Perfectionism:** White supremacy culture often shows up when we work collectively, whether the group is white-led, predominantly white, people of color-led, or predominantly people of color. This Culture is powerful precisely because it is so present and at the same time so very difficult to name or identify. Perfectionist norms and standards include lack of appreciation for others' work, judging others by their mistakes, not slowing down to try to learn from conflict, responding defensively to new ideas, and zero sum either/or thinking. These ways of operating are damaging because they reinforce a way of engaging that limits growth and potential, heightens negative self talk, lowers morale, and impacts how we interact with the land and shared resources. Because we all live in a white supremacy culture, these characteristics show

up in the attitudes and behaviors that we can undo by first acknowledging how and when these show up.

**Stewardship:** Environmental stewardship takes the form of restoring neglected and degraded plots of land, linked social and ecological systems implications of urban participatory environmental restoration and management initiatives, integrating environmental and social values in cities and other peopled landscapes (Hilary looking for a more accessible definition here, will add soon!)

The responsible use and protection of the natural environment through conservation and sustainable practices to enhance ecosystem resilience and human well-being.

Consent

Intention vs Impact

Community