
**Carlos Martinez**
Chief
NYC Parks GreenThumb

**T** 212.602.5300 **F** 212.602.5334 **E** carlos.martinez@parks.nyc.gov

**Mailing Address:** GreenThumb, The Arsenal, Central Park, New York, NY 10065

**City of New York**
**Parks & Recreation**
nyc.gov/parks/greenthumb

April 3, 2025

Laura Merrick
Primary Contact
266 Onderdonk Ave
Ridgewood, NY 11385

Luke Raithel
Secondary Contact
1853 Suydam
Ridgewood, NY 11385

Indalesio Tellez
Tertiary Contact
1876 Hart Street
Ridgewood, NY 11385

**RE**: **Notice of Violation of the License Agreement ("License") between the City of New York, acting by and through the New York City Department of Parks & Recreation ("NYC Parks") and administered by the Parks GreenThumb Program Office ("GreenThumb"); and Sunset Community Garden ("Licensee"), for the operation of a GreenThumb Garden located at 1808 Willoughby Avenue on Block 3418, Lot 1 in the Borough of Queens (the "Garden").**

<u>**PLEASE TAKE NOTICE**</u> that on November 25th, 2024 NYC Parks staff received notice of the placement of a memorial art installation inside the Garden. This constitutes a violation of the License.

On December 9th, 2024, the Licensee relayed that the installation was an art installation. Later that month, GreenThumb instructed the Licensee that in order to keep the art installation, Licensee needed to submit a temporary public outdoor art application with NYC Parks' Art and Antiquities Division ("Art and Antiquities"). In January 2025, agency staff made multiple attempts to help the Licensee submit the first part of the application. In early February 2025, Art and Antiquities received the application, expedited review, and waived the security deposit requirement. Since then, our colleagues have made multiple attempts to contact the designated Garden Contacts to discuss next steps. Most recently, GreenThumb sent you a letter on March 25th, 2025, requesting that you contact Art and Antiquities at your earliest possible convenience, and provide outstanding documents needed to move forward in order to maintain an art installation in the Garden. To date, NYC Parks has not received a response from you.

<u>**VIOLATION OF THE LICENSE:**</u>
*Section 5B. No permanent structures or murals or other permanent works of art may be built in the Garden without prior written permission from GreenThumb and, where applicable, the New York City Department of Buildings and/or the New York City Public Design Commission.*

*You may request to have portions, or this entire announcement and supporting documents translated into any language.
For accessibility information, contact GreenThumb at GreenThumbInfo@parks.nyc.gov.*

This letter serves as formal notice of the violations cited above, which must be corrected to the satisfaction of GreenThumb. Gardens in violation of the License are not eligible to receive services from GreenThumb and the City, and failure to correct these violations by the dates listed below will lead to termination of the Garden License and the inter-agency Memorandum of Agreement (MOA) between NYC Parks and the Department of Education (DOE) that allows the Garden to operate on the DOE premises. If the License is terminated, your group will lose the right to utilize or occupy the Garden and GreenThumb will begin holding a series of general interest meetings in order to establish a new garden group capable of meeting all License requirements. If the MOA is terminated, GreenThumb will be at risk of losing the ability to work with any potential new group at the Garden. In order to remain in compliance with the License, please complete the following corrective actions below.

Please also refer to the Art in the Gardens section of [The GreenThumb Gardeners' Handbook](#) (Page 76), and Art and Antiquities for additional information regarding temporary public outdoor art guidelines.

### Required Corrective Action

Corrective Action #1: Complete the application for the temporary public outdoor art installation, including the Public Art License Agreement and Certificate of Insurance (COI).
Required Completion Date of Corrective Action: Within seven days of receipt of this letter, and no later than April 10th, 2025.
Required Proof of Completion of Corrective Action: Email completed paperwork to Elizabeth.Masella@parks.nyc.gov

If Licensee fails to comply with the required corrective action above, Licensee will be required to remove the art installation from the premises no later than April 11th, 2025. If Licensee does not remove the art installation by this date, NYC Parks staff will remove the property at the sole cost of the Licensee. The property will be stored until it is claimed for up to 30 days. NYC Parks will not be responsible for any damage incurred during the removal, transportation, or storage. The art installation may be placed in the Garden again once NYC Parks receives the required paperwork for the temporary public outdoor art installation

Upon receipt of this letter, please share it with garden members and contact GreenThumb Community Engagement Coordinator Valery Zorrilla at (347) 853-4599 or by email Valery.Zorrilla@parks.nyc.gov.

Thank you for your cooperation and immediate attention to this matter.

Sincerely,

/s/ Carlos Martinez
Chief of NYC Parks GreenThumb

Cc:   Valery Zorrilla, GreenThumb Community Engagement Coordinator
      Isak Mendes, GreenThumb Deputy Director
      Alex Munoz, GreenThumb Assistant Director of Community Engagement
      Elizabeth Masella, Senior Public Art Coordinator
      Office of Council Member Jennifer Gutiérrez
      Office of Queens Community Board 5