April 16, 2025

Laura Merrick
266 Onderdonk Ave
Ridgewood, NY 11385

Luke Raithel
1853 Suydam
Ridgewood, NY 11385

Indalesio Tellez
1876 Hart Street
Ridgewood, NY 11385

**Re**: **Follow-up Regarding Group Bylaws, Community Agreements, and Temporary Public Outdoor Art Installation**

Dear Community Gardeners (Licensee) at *Sunset Community Garden*,

This correspondence serves as follow-up to the meeting last Friday, April 11th and the letter dated March 25, 2025, related to the progress of amending the Sunset Community Garden's bylaws and the community agreements, as well as the final step for the temporary public outdoor art installation at *Sunset Community Garden*.

## Temporary Public Outdoor Art Installation

At the moment, Licensee has partially complied with the required corrective action communicated in a violation notice dated April 3, 2025, since NYC Parks Art and Antiquities Division received a copy of the Certificate of Insurance from Licensee. However, Licensee is still required to fully execute the Public Art License Agreement no later than **Friday, April 18th, 2025, at 5:00 p.m.** If Licensee fails to comply with the last step of this process, Licensee will be required to remove the art installation from the premises by **Monday, April 21, 2025**. If Licensee does not remove the art installation by this date, NYC Parks staff will remove the installation at the sole cost of the Licensee. The property will be stored until it is claimed for up to 30 days. NYC Parks will not be responsible for any damage incurred during the removal, transportation, or storage. In addition, this will be treated as a violation of the terms of the GreenThumb License Agreement.

Please keep in mind that having a Public Art License Agreement in place will afford protection for the piece and the garden, from both safety and liability perspectives. The permit will also reserve the space solely for this artwork for the maximum allowable time of one year. In New York City, permanent artwork installations are subject to strict process and criteria, focusing on public safety, artistic merit, site suitability, and durability. Unfortunately, the memorial artwork at *Sunset Community Garden* does not meet some of these conditions. In addition, as per the GreenThumb License Agreement Section 6(B), please remember that:

> *No permanent structures or murals or other permanent works of art may be built in the Garden without prior written permission from GreenThumb and, where applicable, the New York City Department of Buildings and/or the New York City Public Design Commission.*

While the one-year installation period may seem limiting, GreenThumb will work with the Licensee to provide ideas for potential locations for future temporary display of this artwork or permanent installation on a non-City owned property. If Licensee would like to consider another location under Parks jurisdiction, please keep in mind that: 1) it must be in a different borough than the original installation, and 2) same artwork cannot be exhibited more than two times.

**Group Bylaws**

All community groups licensed to operate and maintain a GreenThumb community garden are required to submit mutually agreed rules and procedures for the garden. The bylaws submitted by the Licensee do not meet GreenThumb requirements and they must be amended. You can find more information about writing and amending bylaws in the [GreenThumb Gardeners' Handbook](#) (p. 24) which includes resources such as checklist, templates, and recorded webinars. GreenThumb acknowledges that creating and amending the bylaws take considerable time as they are decided through a democratic process. The requirement to amend the bylaws was communicated to the Licensee as early as September 30th, 2024. This is a reminder from the correspondence sent last month that Licensee must submit the latest draft of the bylaws with the minimum requirements by **Thursday, May 1st, 2025.** Moreover, GreenThumb has been more than patient with Licensee regarding this matter. Failure to comply with this deadline will be treated as a serious violation of the Licensee.

**Community Agreements**

Since our last correspondence, Licensee opted to rename the Community Agreements to a statement of concerns held by certain members (not all). Please remember that, while some of the garden members may currently support these beliefs, they are not required to be supported by any existing or prospective members or visitors. Unfortunately, there are multiple versions available in different places and all of them pose a litmus test for those interested in joining as garden members. For these reasons, we are directing the Licensee to remove any reference of the Community Agreements and Community Values by **Friday, April 18th, 2025, at 5:00 p.m.**, while we work collaboratively to resolve the issue of improper requirement for membership.

In order to remain in good standing with the GreenThumb License Agreement, please make sure to address the matters referred to above within the deadlines set respectively. NYC Parks staff have worked with Licensee to rectify these issues that resulted in not being in good standing. If Licensee is unwilling to address and rectify these matters pursuant to designated dates, NYC Parks will be forced to take more aggressive measures to address this situation, including but not limited to terminating the License and revoking Licensee's access to the garden.

Upon receipt of this letter, please share it with garden members and send a copy to the GreenThumb staff. Please contact Alex Munoz, Assistant Director of Community Engagement at Alex.Munoz@parks.nyc.gov or (212)602-5329 and/or Valery Zorrilla, Community Engagement Coordinator at Valery.Zorrilla@parks.nyc.gov or (212)602-5389 if additional support is needed from our team.

Thank you for your cooperation and immediate attention to this matter.

Sincerely,

/s/ Carlos Martinez
Chief of NYC Parks GreenThumb

Cc: Jackie Langsam, Queens Borough Commissioner
      Margaret Nelson, Deputy Commissioner for Public Programs and Community Engagement
      Karina Smith, Assistant Commissioner for Strategic Engagement
      Isak Mendes, GreenThumb Deputy Director
      Alex Munoz, GreenThumb Assistant Director of Community Engagement
      Valery Zorrilla, GreenThumb Community Engagement Coordinator
      Office of Council Member Jennifer Gutiérrez
      Office of Queens Community Board 5