Margaret Nelson
Deputy Commissioner
Public Programs and Community Engagement

NYC Parks

T 212.360.1395    E Margaret.Nelson@parks.nyc.gov

City of New York
Parks & Recreation

The Arsenal
Central Park
New York, NY 10065
www.nyc.gov/parks

May 5, 2025

Laura Merrick

Luke Raithel

Indalesio Tellez

**RE: Notice of Termination for License Agreement ("License") between the City of New York, acting by and through the New York City Department of Parks & Recreation ("Parks") and administered by Parks' GreenThumb Program Office ("GreenThumb"); and Sunset Community Garden ("Licensee"), for the operation of a GreenThumb Garden located at 1808 Willoughby Avenue on Block 3418, Lot 1 in the Borough of Queens (the "Garden").**

**<u>PLEASE TAKE NOTICE</u>** that Licensee has repeatedly failed to comply with Parks' directions to appropriately and timely address its violations of the License as further enumerated below.

**<u>VIOLATIONS OF THE LICENSE:</u>**

*Community Agreements*

In September 2024, Parks was alerted to the creation and publication of Community Agreements which, as written, acted as an ideological litmus test for visitors and potential members of the Garden. The Community Agreements were posted prominently on Licensee's Instagram page, and applicants were required to click a checkbox agreeing to the contents of such Community Agreements to move forward in the application process. Later that month, GreenThumb informed the Licensee that the Community Agreements were not compatible with the requirement for community gardens to have pathways for membership for all, and did not approve acceptance of the Community Agreements as a condition for membership. Following communications back and forth, Licensee removed the mandatory checkbox on the online membership form which stated: "Yes, I will honor the community agreements/Si, honrare los acuerdos comunitarios".

Despite this, the Community Agreements remained in outreach materials, such as on Licensee's Instagram page and Linktree. After repeated verbal communications regarding the contents of the Community Agreements, on March 25, 2025, GreenThumb sent a letter to Licensee further attempting to resolve the litmus test issue of the Community Agreements. GreenThumb stated that while it supported Licensee's efforts to create a set of principles and statements to create a welcoming, inclusive, and safe space for the entire Garden, Community Agreements could not include positions and statements on religious, spiritual, political, or philosophical beliefs, as any such statements could be perceived as a prerequisite for members of the public visiting the Garden and/or planning to join the Garden as dedicated members. GreenThumb requested that Licensee remove any reference to the Community Agreements while they work collaboratively to resolve the issues. GreenThumb further provided Licensee with options for incorporating the concept of the Community Agreements while not creating an ideological litmus test for membership.

GreenThumb requested that Licensee inform GreenThumb of how they wanted to move forward by April 1, 2025. Licensee informed GreenThumb that it wished to proceed with one of the options proposed by Greenthumb -namely, that Licensee would rename the "Community Agreements" to "Community Values" as a way of expressing principals held by certain Garden members, but not a requirement for membership. However, Licensee, in fact, did not remove the litmus test that the document had previously imposed. In fact, in the online membership form, Licensee continues to have the following information:

> "Please take a moment to read our Community Values[1] which our members have developed together to underscore our mission and shared values. **The garden strives to have members that align with our Community Values** and vision of the world we are building together." (emphasis added).[2]

On April 16, 2025, GreenThumb sent Licensee a final warning indicating that to remain in good standing with the License, Licensee must remove any reference of the Community Agreements and Community Values by Friday April 18, 2025, while GreenThumb and Licensee work collaboratively to resolve the issue of improper requirement for membership. This deadline was subsequently extended to Wednesday, April 23, 2025. In its letter, GreenThumb specified that if Licensee failed to take corrective action, Parks would be obligated to take additional measures, including terminating the License and revoking Licensee's access to the Garden. However, to date, Licensee has not complied with GreenThumb's request, and the Community Values remains an ideological litmus test to becoming a garden member.

The above actions by Licensee are a clear violation of the terms and conditions of the License. Indeed, Section 5(B)(vi) of the License states that "Licensee shall make membership of the Garden available to the public. Reasonable membership

---

[1] https://docs.google.com/document/d/10ifvn2jCwF0YPAuxNc4WVYcQ6xRZuf1t3FEUu1E0FUs/edit?tab=t.0
[2] https://docs.google.com/forms/d/e/1FAIpQLScOmNcLSnnWQW9rtXkud2ljJVG9RDLaIt8JVulHrcbeoTNCIg/viewform

requirements, as determined by GreenThumb, shall be defined by each Licensee. Membership shall not be denied to any resident of the City of New York based on any reason set forth in Section 6H herein or based on where a prospective member may reside in relation to the Garden." Section 6(H) states: "Licensee shall not unlawfully discriminate against any person because of race, creed, religion, color, national origin, ethnic origin, age, gender, sex, disability, marital status, or sexual orientation. Licensee shall not restrict eligibility for membership or admission to the Garden or participation in any activity on the basis of race, creed, religion, color, national origin, ethnic origin, age, gender, sex, disability, marital status, or sexual orientation."

Licensee, by its continued action, is in violation of its License, as it does not make membership available to all members of the public. Moreover, GreenThumb has made multiple efforts to work collaboratively with the Licensee to create a set of values that reflect the Licensee's commitment to strengthening the foundation of the community garden as a welcoming, inclusive, and safe space, while keeping the garden, as public land managed by Parks, open to all.

*Temporary Public Outdoor Art Installation*

In November 2024, GreenThumb was informed that Licensee placed what Parks believed was a memorial in the Garden. GreenThumb communicated its policy on memorials, and informed Licensee that it could keep the memorial in the Garden for 30 days, per Parks policy. Licensee informed GreenThumb that the installation in the Garden was actually a work of art, created collaboratively by several artists, rather than a memorial. As such, GreenThumb informed Licensee in December 2024 that Licensee needed to submit temporary public artwork proposal to be reviewed by Parks' Art & Antiquities department ("Art & Antiquities")[3]. GreenThumb followed up with Licensee several times in January 2025 regarding its submission to Art & Antiquities. Licensee submitted its proposal at the end of January, and GreenThumb requested that Art & Antiquities expedite its review of Licensee's proposal. On February 7, 2025, Art & Antiquities sent Licensee paperwork to complete the process, including a Public Art License Agreement (the "Public Art License") that Licensee was required to sign.

Public Art Licensee Agreements are required to afford protection for both pieces of art and for the artists from safety and liability perspectives. Under these agreements, artwork is allowed to be displayed in a particular location for up to a year and can be displayed in a different borough for one additional year. Licensee stated that it wanted the artwork to be permanently featured in the Garden. Because this is not allowed under City[4] and Parks policy, GreenThumb proposed a number of other options that might help the Licensee find a permanent home for the artwork, including (1) permanently relocating the artwork to a local community organization; (2) permanently relocating it to a non-City community garden (GreenThumb proposed a specific garden that might be suitable); (3) signing the

---

[3] https://www.nycgovparks.org/art-and-antiquities/temporary-guidelines
[4] All permanent artworks proposed for City property either be commissioned through the Percent for Art Program, or follow a process that mimic's the program. This is a fair and open process which must include public input, a diverse list of artists, and an artist selection panel comprising of at least three independent art professionals and, if possible, a member of the Percent for Art staff.

3

current proposed agreement, and then relocating the artwork to another Parks location in a different borough for an additional year; (4) creating new artwork every year which would be permitted for up to a year, which would allow the Garden to function as an exhibition space for rotating artwork.

GreenThumb and Art & Antiquities followed up with Licensee repeatedly on the status of the outstanding issues for the artwork and on March 25, 2025, sent Licensee a letter reminding it of its requirement to sign the Public Art License. On April 3, 2025, GreenThumb sent a second letter on this issue, seeking compliance by April 10, 2025. In the letter, GreenThumb informed Licensee that failure to comply with the listed corrective actions would result in Licensee being require to remove the art installation from the Garden. If Licensee did not remove the artwork, Parks would do so. On April 16, 2025, GreenThumb sent its final follow-up letter giving Licensee until Friday, April 18, 2025 to sign the Public Art License which would bring the existing artwork into compliance with City and Parks' policy. GreenThumb subsequently extended the deadline to Wednesday, April 23, 2025. To date, Licensee has not signed the Public Art License or removed the art installation.

Licensee's actions in this regard represent another clear violation of the terms and conditions of the License. Specifically, under Section 5(B)(iii) of the License, Licensee must comply with Parks and GreenThumb rules, regulations, and guidelines, including the GreenThumb Gardeners' Handbook. Furthermore, under Section 6(B): No permanent structures or murals or other permanent works of art may be built in the Garden without prior written permission from GreenThumb and, where applicable, the New York City Department of Buildings and/or the New York City Public Design Commission.

Licensee clearly did not receive prior written permission to install permanent artwork in the Garden. Furthermore, it did not comply with Parks guidelines, which require artwork to be placed subject to the Public Art License Agreement. As such, Licensee is in violation of its License. GreenThumb has worked tirelessly to speed up the approval process from Art & Antiquities and to ensure that the artwork be legally allowed in the Garden. When Licensee stated that it wanted the artwork to be displayed permanently, GreenThumb provided a list of alternatives for Licensee. However, Licensee has refused to comply with its requirements or seek alternative solutions and seemingly intends on remaining in breach of the License.

**TAKE FUTHER NOTICE** that Paragraph 7(E) of the License states, "Notwithstanding the above, the License is terminable at will by the Commissioner in his or her discretion or by DOE at any time, and Licensee shall have no recourse of any nature whatsoever by reason of such termination. Licensee must vacate the site within 30 days of Notice of Termination."

Furthermore, the GreenThumb Handbook warns that while GreenThumb staff will work with garden groups to rectify any issues that may result in not being in good standing, garden groups that are determined by GreenThumb to be unwilling to address and rectify

violations will be at risk of having their License terminated and their access to the garden revoked.

GreenThumb has made repeated efforts to assist Licensee in complying with its License, and City and Parks rules, regulations, and guidelines, all while working to find solutions for Licensee. Despite this, Licensee is unwilling to compromise to be in compliance with the License, and has indicated that it will continue to violate its License. Given this, Commissioner hereby terminates the License.

**TAKE FUTHER NOTICE** that Licensee must vacate the Garden within 30 days of this Notice of Termination.

Thank you for your cooperation and immediate attention to this matter.

Sincerely,

*Margaret Nelson*

Margaret Nelson
Deputy Commissioner of Public Programs and Community Engagement

Cc: John T. Shea, Chief Executive Officer, New York City Department of Education
Carlos Martinez, Chief of NYC Parks GreenThumb
Jennifer Gutierrez, Council Member, Council District 34
Anya Lehr, Chief of Staff, Council District 34
Gary Giordano, District Manager, Queens Community Board 5