Case Name: Sunset Garden of Ridgewood v City of NY    Case Number: 25 CV - 4258 (LDH) (MMH)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | | 10/29/25 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 11/12/25 |
| 3. Requested: | | | |
|     a. Medical records authorization | | ✓ | |
|     b. CPL § 160.50 releases for arrest records | | ✓ | |
|     c. Identification of John Doe/Jane Doe defendants | | ✓ | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | ✓ | | |
| 5. Protective Order to be submitted for court approval (see Standing Protective Order on the Chambers website) | | | 11/20/25 |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | ✓ | | |
| 2. Defendant to make settlement offer | ✓ | | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | ✓ | |
| 4. Settlement Conference (proposed date) | | | 3/24/26 |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 4/7/26 |
| 2. Motion to amend pleadings | | | 4/7/26 |
| 3. Initial documents requests and interrogatories | | | 12/10/25 |
| 4. All fact discovery to be completed (including disclosure of medical records) | | | 9/29/26 |
| 5. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 10/29/26 |

Rev. 06-28-2021

| | | | | |
|---|---|---|---|---|
| 6. Expert discovery (only if needed) | | | Check here if not applicable ☑ | |
| Plaintiff expert proposed field(s) of expertise: | | | | |
| Defendant expert proposed field(s) of expertise: | | | | |
| | | DONE | NOT APPLICABLE | DATE |
| a. Affirmative expert reports due | | | ✓ | |
| b. Rebuttal expert reports due | | | ✓ | |
| c. Depositions of experts to be completed | | | ✓ | |
| 7. Completion of ALL DISCOVERY (if different from C.4) | | | ✓ | |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | | 10/29/26 |
| 9. If any party seeks a **dispositive motion**, date to<br>a. file request for pre-motion conference (if required), or<br>b. file briefing schedule for the motion | | | | Pre motion conference request<br>11/23/26 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | | 1/29/27 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | | |
|---|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | | ☐ Yes<br>☐ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | | ☐ Yes<br>☐ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | ✓ | |
| a. Response due | | ✓ | |
| b. Reply due | | ✓ | |
| 2. Motion for Rule 23 class certification | | ✓ | |
| a. Response due | | ✓ | |
| b. Reply due | | ✓ | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____    _____
**MARCIA M. HENRY**                                     Date
United States Magistrate Judge

Rev. 06-28-2021