

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

LESLIE SPITALNICK
Senior Counsel
Commercial and Real Estate Litigation
(212) 356-2521

November 20, 2025

**<u>Via ECF</u>**
Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Sunset Garden of Ridgewood, Inc., et al. v. The City of New York, et al.,*
           Civil Case No. 2025-CV-04258(LDH)(MMH)

Dear Judge Henry:

      Defendants the City of New York, New York City Department of Parks and Recreation, GreenThumb and Carlos Martinez, Chief of Staff of NYC Parks GreenThumb ("Defendants") and Plaintiffs Sunset Garden of Ridgewood, Inc. ("Sunset") and Indalesio Tellez (collectively, "Plaintiffs") submit this joint letter motion pursuant to Your Honor's Order, dated October 29, 2025 (ECF No. 31) seeking the Court's approval of a joint proposed Stipulated Protective Order ("Proposed Protective Order") in this matter. Enclosed with this joint letter motion are redlined and clean versions of the Proposed Protective Order.

      The parties have proposed revisions to the Court's Standing Protective Order, which: (1) are intended to address Plaintiffs' concerns that personally identifiable information of Plaintiff's members be treated as confidential and protected from disclosure to non-parties; (2) are contained in this Office's standard protective order and are intended to safeguard Defendants' interests and privacy obligations; (3) acknowledge that there may be information in a production that already exists in the public domain and is not to be treated as confidential material; (4) protect Defendants' ability to ensure that they can protect confidential information that a third party may request for an unrelated production; (5) ensure that a designation of confidentiality does not interfere with the document's usability; (6) separate the production of confidential and non-confidential material which will make it easier for the parties to maintain confidentiality; (7) ensure that Defendants' discovery vendor can access the documents as necessary; and (8)

describe reasonable efforts that must be taken by the parties to ensure confidentiality and remedies for unauthorized disclosures.

Respectfully submitted,

*/s/ Leslie Spitalnick*

Leslie Spitalnick
Senior Counsel

cc: N.F. Cross, Esq. (Via ECF)
Jonathan Wallace, Esq. (Via ECF)
*Attorneys for Plaintiffs*