

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | LESLIE SPITALNICK<br>BLAKE AHLBERG<br>*Assistant Corporation Counsel*<br>Telephone: (212) 356-2546<br>bahlberg@law.nyc.gov; lspital@law.nyc.gov |
|---|---|---|

February 5, 2026

VIA ECF
Honorable LaShann DeArcy Hall
United States District Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: Joint Request to Adjourn Status Conference in the matter of Sunset Garden of Ridgewood, Inc., and Indalesio Tellez v. The City of New York, et. al.
> Case No. 1:25-cv-04258-(LDH)(MMH)

Dear Judge DeArcy Hall:

As Your Honor is aware, we are attorneys with the New York City Law Department, Office of the Corporation Counsel, and we represent the Defendants in the above-referenced matter. We submit this joint letter with consent from Plaintiffs to request a two week adjournment of the February 11, 2026 Status Conference, to March 4, 2026, or the next date thereafter convenient to the Court.

We continue discussing terms of potential settlement in compliance with Your Honor's directive. Since our January 15, 2026 update, the parties have made some progress toward resolution of this matter, and request that the Status Conference be adjourned three weeks to allow the parties to continue to discuss.

We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

Leslie Spitalnick
Blake Ahlberg
Assistant Corporation Counsel

cc: All Counsel of Record (Via ECF)