

**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**LESLIE SPITALNICK**
**BLAKE AHLBERG**
*Assistant Corporation Counsel*
Telephone: (212) 356-2546
bahlberg@law.nyc.gov; lspital@law.nyc.gov

April 30, 2026

<u>VIA ECF</u>
Honorable LaShann DeArcy Hall
United States District Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Joint Request to Adjourn Status Conference in the matter of Sunset Garden of Ridgewood, Inc., and Indalesio Tellez v. The City of New York, et. al. Case No. 1:25-cv-04258-(LDH)(MMH)

Dear Judge DeArcy Hall:

As Your Honor is aware, we are attorneys with the New York City Law Department, Office of the Corporation Counsel, and we represent the Defendants in the above-referenced matter, and submit this joint letter with the consent of Plaintiffs' counsel.

We are pleased to report that the parties have reached a settlement in principle. We respectfully request that the Court permit us an additional 30 days to finalize settlement documents.

We thank the Court for its assistance and consideration.

Respectfully Submitted,

Leslie Spitalnick
Blake Ahlberg
Assistant Corporation Counsel

cc: All Counsel of Record (Via ECF)