SUNSET GARDEN OF RIDGEWOOD, INC., and
INDALESIO TELLEZ,

                              Plaintiffs,

         -against-

THE CITY OF NEW YORK, NYC DEP'T OF
PARKS AND RECREATION, NYC PARKS
GREENTHUMB, and CARLOS MARTINEZ,
CHIEF OF STAFF OF NYC PARKS
GREENTHUMB,

                            Defendants.

**STIPULATION OF
VOLUNTARY
DISMISSAL
PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii)**

Case No.: 25-CV-04258
Hon. LaShann DeArcy
Hall

IT IS HEREBY STIPULATED AND AGREED by and between the parties, as represented by the undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii);

IT IS FURTHER STIPULATED AND AGREED that facsimile or e-mail signatures on this stipulation shall be accepted as originals on this stipulation.

Dated:  New York, New York
       May 26, 2026

**Nicholas Cross, Esq.**
**Jonathan Wallace, Esq.**
*Attorneys for Plaintiffs*
PO Box #728
Amagansett, NY 11930
(917) 359-6234
jonathan.wallace80@gmail.com


By: _____
Nicholas Cross

**STEVEN BANKS**
Corporation Counsel
*Attorneys for Defendants*
100 Church Street, Third Floor
New York, New York 10007
(212) 356-2546

By: _____
Blake Ahlberg
Leslie Spitalnick